UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOOTH FAMILY TRUST,

           Plaintiff,

     v.

MICHAEL DELL, et al.,

           Defendants.

Case No. 20-cv-03079-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward J. Davila for consideration of whether the case is related to *Lamartina v. VMware, Inc. et al*, Case No. 5:20-cv-02182-EJD.

      **IT IS SO ORDERED.**

Dated:  5/13/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge