# EXHIBIT A

**Pomerantz Law Firm Announces the Filing of a Class Action against VMware, Inc. and Certain Officers – VMW**

NEW YORK, April 01, 2020 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against VMware, Inc. ("VMware" or the "Company") (NYSE: VMW) and certain of its officers. The class action, filed in United States District Court for the Northern District of California, and indexed under 20-cv-02182, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired acquired VMware securities between March 30, 2019 and February 27, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased VMware securities during the class period, you have until June 1, 2020, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

VMware provides software in the areas of hybrid cloud, multi-cloud, modern applications, networking and security, and digital workspaces in the United States and internationally, and sells its products through distributors, resellers, system vendors, and systems integrators.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) VMware's reporting with respect to its backlog of unfilled orders was not in compliance with all relevant accounting and disclosure requirements; (ii) the foregoing subjected the Company to a foreseeable risk of heightened regulatory scrutiny and/or investigation; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On February 27, 2020, during after-market hours, VMWare filed a Current Report on Form 8-K with the U.S. Securities and Exchange Commission ("SEC"), disclosing an SEC investigation into the Company's backlog of unfilled orders. Specifically, that Form 8-K advised investors that, "[i]n December 2019, the staff of the Enforcement Division of the [SEC] requested documents and information related to VMware's backlog and associated accounting and disclosures." The Form 8-K also advised investors that, although "VMware is fully cooperating with the SEC's investigation," it was "unable to predict the outcome of this matter at this time."
On this news, VMware's stock price fell $15.11 per share, or 11.14%, to close at $120.52 per share on February 28, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members.
See www.pomerantzlaw.com
CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com