# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Northeast Carpenters Pension Fund** | 05/07/2019 | 1,862 | $196.41 | $365,722.12 | held | 39,754 | $123.63 | $4,914,694.26 | |
| | 05/17/2019 | 353 | $204.62 | $72,231.14 | | | | | |
| | 05/30/2019 | 718 | $191.73 | $137,659.20 | | | | | |
| | 06/04/2019 | 626 | $173.13 | $108,378.25 | | | | | |
| | 07/11/2019 | 1,544 | $167.94 | $259,302.76 | | | | | |
| | 11/19/2019 | 10,500 | $172.02 | $1,806,231.00 | | | | | |
| | 11/27/2019 | 2,663 | $162.07 | $431,582.29 | | | | | |
| | 01/03/2020 | 21,488 | $154.06 | $3,310,531.53 | | | | | |
| **Movant's Total** | | **39,754** | | **$6,491,638.29** | | **39,754** | | **$4,914,694.26** | **($1,576,944.03)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $123.63 as of May 22, 2020 for common stock.

Prices listed are rounded up to two decimal places.