POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Gang Chen*
*and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>Defendants. | Case No.: 5:20-cv-02182-EJD<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF GANG CHEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  July 9, 2020<br>Time:  9:00 a.m.<br>Judge:  Hon. Edward J. Davila<br>Courtroom:  4 – 15th Floor |

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:20-cv-02182-EJD

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.　　I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Gang Chen ("Chen" or "Movant"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Chen's motion for appointment as Lead Plaintiff for the Class and approval of Chen's selection of Pomerantz as Lead Counsel for the Class.

2.　　Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Loss chart reflecting Chen's financial interest in this litigation; |
| Exhibit B: | Press release published over *Globe Newswire* on March 31, 2020, announcing the pendency of the above-captioned action; |
| Exhibit C: | Shareholder Certification executed by Chen; |
| Exhibit C: | Declaration executed by Chen; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 1, 2020, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:20-cv-02182-EJD

PROOF OF SERVICE

I hereby certify that on June 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 5:20-cv-02182-EJD