# EXHIBIT A

**VMware, Inc. (VMW)**
**Class Period: March 29, 2019 and February 27, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $124.1169 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chen, Gang | | | | | | | | | | | |
| Chen, Gang | 11/25/2019 | 3,000 | $168.8667 | ($506,600) | | | | | | | |
| Chen, Gang | 1/6/2020 | 3,000 | $152.0000 | ($456,000) | | | | | | | |
| Chen, Gang | 1/6/2020 | 3,000 | $152.0000 | ($456,000) | | | | | | | |
| Chen, Gang | 1/27/2020 | 1,150 | $145.8176 | ($167,690) | | | | | | | |
| Chen, Gang | 1/27/2020 | 1,000 | $147.3100 | ($147,310) | | | | | | | |
| Chen, Gang | 1/27/2020 | 3,000 | $147.3100 | ($441,930) | | | | | | | |
| Chen, Gang | 2/24/2020 | 1,100 | $150.8000 | ($165,880) | | | | | | | |
| Chen, Gang | 2/24/2020 | 200 | $150.0000 | ($30,000) | | | | | | | |
| **Chen, Gang** | | **15,450** | | **($2,371,410)** | | | | | **15,450** | **$1,917,607** | **($453,804)** |

*Avg Closing Prices from February 28 to May 27