# EXHIBIT B

*Source:* *Pomerantz LLP*

*March 31, 2020 10:15 ET*

# SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of WMware, Inc. - VMW

NEW YORK, March 31, 2020 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of VMware, Inc. ("VMware" or the "Company") (NYSE: VMW).  Such investors are advised to contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888-476-6529, ext. 7980.

The investigation concerns whether WMware and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**[Click here for information about joining the class action]**

On February 27, 2019, VMware disclosed a U.S. Securities and Exchange Commission ("SEC") investigation into its backlog of unfilled orders.  Specifically, VMware advised investors that the SEC requested a series of documents and information related to the Company's backlog and associated accounting and disclosures in December 2019.

On this news, VMware's stock price fell $15.11 per share, or 11.14%, to close at $120.52 per share on February 28, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 9980

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our Privacy Policy.



Ok