Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Gervat*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>    Defendants, | Case No.: 5:20-cv-02182-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed: March 31, 2020<br>Judge: Edward J. Davila |

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:20-cv-02182-EJD

HUGUES GERVAT, derivatively on behalf of
VMWARE, INC.,

      Plaintiff,

      v.

PATRICK P. GELSINGER, ZANE ROWE,
ANTHONY BATES, MARIANNE BROWN,
MICHAEL BROWN, DONALD CARTY,
MICHAEL DELL, EGON DURBAN, KAREN
DYKSTRA, and PAUL SAGAN,

      Defendants,

      and

VMWARE, INC.,

      Nominal Defendant.

Case No.: 5:20-cv-03661-VKD

Date Filed: June 2, 2020
Magistrate Judge Virginia K. DeMarchi

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:20-cv-02182-EJD

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Hugues Gervat respectfully requests this Court deem the matter *Gervat v. Gelsinger, et al.*, Case No. 5:20-cv-03661-VKD (N.D.Cal.) (the "Derivative Action") related to *Lamartina v. VMWare, Inc., et al.,* Case No. 5:20-cv-02182-EJD (N.D. Cal.) ("Securities Class Action"). As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially similar facts, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Lamartina v. VMWare, Inc., et al.* | 5:20-cv-02182-EJD | 03/31/2020 |
| *Gervat v. Gelsinger, et al.* | 5:20-cv-03661-VKD | 06/02/2020 |

## LEGAL STANDARD

Pursuant to Civ. Loc. R. 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. Loc. R. 3-12(a).

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Derivative Action address some of the same transactions and contain similar and overlapping sets of facts as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative Action arise, at least in part, from the same false and misleading statements made by executives of VMWare, Inc. ("VMWare"). In particular, the Securities Class Action and Derivative Action allege materially misleading statement by VMWare executives regarding the backlog of unfilled business orders which were not in compliance with accounting and disclosure requirements and resulted in an investigation by the U.S. Securities and Exchange Commission.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:20-cv-02182-EJD

5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

For the above stated reasons, Plaintiff Gervat requests that pursuant to Civ. Loc. R. 3-12, the Court relate the Derivative Action to the Securities Class Action.

Dated: June 15, 2020                                      Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Gervat*

2
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:20-cv-02182-EJD

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/Laurence M. Rosen
Laurence M. Rosen

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:20-cv-02182-EJD