Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Gervat*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated, | Case No.: 5:20-cv-02182-EJD |
| Plaintiff, | |
| v. | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE, | |
| Defendants, | Date Filed: March 31, 2020 |
| | Judge: Edward J. Davila |

[Caption continued on next page]

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 5:20-cv-02182-EJD

HUGUES GERVAT, derivatively on behalf of VMWARE, INC.,

    Plaintiff,

    v.

PATRICK P. GELSINGER, ZANE ROWE, ANTHONY BATES, MARIANNE BROWN, MICHAEL BROWN, DONALD CARTY, MICHAEL DELL, EGON DURBAN, KAREN DYKSTRA, and PAUL SAGAN,

    Defendants,

    and

VMWARE, INC.,

    Nominal Defendant.

Case No.: 5:20-cv-03661-VKD

Date Filed: June 2, 2020
Magistrate Judge Virginia K. DeMarchi

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 5:20-cv-02182-EJD

I, Laurence M. Rosen, hereby declares as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am the Managing Partner at The Rosen Law Firm, P.A., counsel for Plaintiff Hugues Gervat in the above-captioned action *Gervat v. Gelsinger, et al.*, Case No. 5:20-cv-03661-VKD (N.D.Cal.) (the "Derivative Action").

2.      I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      My firm has conferred with counsel for defendants regarding this Administration Motion. Defendants do not oppose the relief sought in the Administrative Motion and agree that the Derivative Action should be deemed related to *Lamartina v. VMWare, Inc., et al.,* Case No. 5:20-cv-02182-EJD (N.D. Cal.). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge

Executed on June 15, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)

*Counsel for Plaintiff Gervat*

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 5:20-cv-02182-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 5:20-cv-02182-EJD