**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated, | Case No.: 5:20-cv-02182-EJD |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE, | Date Filed: March 31, 2020<br>Judge: Edward J. Davila |
| Defendants, | |

[Caption continued on next page]

HUGUES GERVAT, derivatively on behalf of VMWARE, INC.,

    Plaintiff,

    v.

PATRICK P. GELSINGER, ZANE ROWE, ANTHONY BATES, MARIANNE BROWN, MICHAEL BROWN, DONALD CARTY, MICHAEL DELL, EGON DURBAN, KAREN DYKSTRA, and PAUL SAGAN,

    Defendants,

    and

VMWARE, INC.,

    Nominal Defendant.

Case No.: 5:20-cv-03661-VKD

Date Filed: June 2, 2020
Magistrate Judge Virginia K. DeMarchi

[PROPOSED] ORDER

Upon consideration of Hugues Gervat's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Gervat v. Gelsinger, et al.*, Case No. 5:20-cv-03661-VKD (N.D.Cal.) ("Derivative Action") shall be deemed related to *Lamartina v. VMWare, Inc., et al.,* Case No. 5:20-cv-02182-EJD (N.D. Cal.) ("Securities Class Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1. The Derivative Action is deemed related to the Securities Class Action.

2. The Derivative Action is hereby reassigned to Judge Edward J. Davila.

3. Pursuant to Civil Loc. R. 3-12(g), the Initial Case Management Conference currently scheduled in the Derivative Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER