Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Maeve L. O'Connor (*pro hac vice* application to be filed)
moconnor@debevoise.com
Elliot Greenfield (*pro hac vice* application to be filed)
egreenfield@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants
VMWARE, INC., PATRICK P. GELSINGER, AND ZANE ROWE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02182-EJD<br><br>[PROPOSED] ORDER GRANTING MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |

For good cause shown, the July 2, 2020 initial case management conference is continued along with all related deadlines, including the deadline for initial disclosures, the case management statement, the Rule 26(f) report, and the ADR certification.  ~~The Court will issue an amended case schedule, including the date for an Initial Case Management Conference, should the amended compliant survive Defendants' anticipated motion to dismiss.~~

The initial case management conference is reset for September 24, 2020.  The parties' joint case management statement is due September 14, 2020.

DATED: June  18 , 2020

Honorable Edward J. Davila
United States District Judge