[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LAMARTINA, Individually and on
Behalf of All Others Similarly Situated,

                       Plaintiff,

      vs.

VMWARE, INC., et al.,

                   Defendants.

Case No. 5:20-cv-02182-EJD

CLASS ACTION

JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING FILING OF
CONSOLIDATED COMPLAINT AND
MOTION TO DISMISS BRIEFING

4828-2139-5907.v3-7/22/20

Lead Plaintiff Northeast Carpenters Pension Fund ("Lead Plaintiff") and Defendants VMware, Inc., Patrick P. Gelsinger, and Zane Rowe (collectively, "Defendants"), through the undersigned counsel, hereby agree to and stipulate to the following schedule for the filing of a consolidated complaint by Lead Plaintiff and any motion to dismiss briefing, along with continuing the initial case management conference:

WHEREAS, William Lamartina filed a complaint in the Northern District of California on March 31, 2020 (ECF No. 1);

WHEREAS, the Court appointed Northeast Carpenters Pension Fund as Lead Plaintiff on July 20, 2020 (ECF No. 45);

WHEREAS, Lead Plaintiff intends to file a consolidated complaint;

WHEREAS, Defendants intend to move to dismiss the consolidated complaint;

WHEREAS, initial case management conference was reset for September 24, 2020 (ECF No. 37);

WHEREAS, the parties agree that continuing the initial case management conference until after the Court rules on Defendants' anticipated motion to dismiss would promote judicial efficiency and comport with the Private Securities Litigation Reform Act's automatic stay of discovery during the pendency of any motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by counsel for the parties listed below, that:

1.    The following schedule is entered for the filing of Plaintiff's consolidated complaint and Defendants' anticipated motion to dismiss:

| | |
|---|---|
| Lead Plaintiff to file Consolidated Complaint | September 18, 2020 |
| Defendants to file Motion to Dismiss the Consolidated Complaint | November 17, 2020 |
| Lead Plaintiff to file Opposition to Motion to Dismiss | January 15, 2021 |
| Defendants to file Reply in Support of Motion to Dismiss | March 1, 2021 |
| Hearing on Motion to Dismiss | April 1, 2021 at 9:00 A.M. |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING - 5:20-cv-02182-EJD                    - 1 -
4828-2139-5907.v3-7/22/20

2.    The initial case management conference is continued—along with all related deadlines, including the deadline for initial disclosures, the case management statement, the Rule 26(f) report, and the ADR certification—until after the Court rules on Defendants' anticipated motion to dismiss, should Lead Plaintiff's consolidated complaint survive that motion.

The case management conference shall be set for May 6, 2021 at 10:00 A.M.  The parties shall file a joint case management statement by no later than April 26, 2021.

DATED:  July 22, 2020                    ROBBINS GELLER RUDMAN
                                                     & DOWD LLP
                                                  SCOTT H. SAHAM
                                                  ASHLEY M. KELLY


                                                        s/ Scott H. Saham
                                                     SCOTT H. SAHAM

                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
                                                  Telephone:  619/231-1058
                                                  619/231-7423 (fax)
                                                  scotts@rgrdlaw.com
                                                  akelly@rgrdlaw.com

                                                  ROBBINS GELLER RUDMAN
                                                     & DOWD LLP
                                                  SHAWN A. WILLIAMS
                                                  Post Montgomery Center
                                                  One Montgomery Street, Suite 1800
                                                  San Francisco, CA  94104
                                                  Telephone:  415/288-4545
                                                  415/288-4534 (fax)
                                                  shawnw@rgrdlaw.com

                                                  Lead Counsel for Lead Plaintiff

DATED:  July 22, 2020                    DEBEVOISE & PLIMPTON LLP
                                                  MAEVE L. O'CONNOR
                                                  ELLIOT GREENFIELD


                                                        s/ Maeve L. O'Connor
                                                     MAEVE L. O'CONNOR

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING - 5:20-cv-02182-EJD            - 2 -
4828-2139-5907.v3-7/22/20

919 Third Avenue
New York, NY 10022
Telephone: 212/909-6000
212/909-6836 (fax)
egreenfield@debevoise.com
mloconnor@debevoise.com

Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: 415/630-2350
415/367-1539 (fax)
abhansali@kblfirm.com
nroethlisberger@kblfirm.com

Attorneys for Defendants VMware, Inc.,
Patrick P. Gelsinger, and Zane Rowe

**IT IS SO ORDERED:**

DATED: _____July 23, 2020_____    _____

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF CONSOLIDATED
COMPLAINT AND MOTION TO DISMISS BRIEFING - 5:20-cv-02182-EJD                - 3 -
4828-2139-5907.v3-7/22/20