Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LAMARTINA, et al.,

                       Plaintiff(s),

     v.

VMWARE, INC., et al.,

                       Defendant(s).

Case No: 5:20-cv-02182

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew J. Sorensen , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants VMWare, Inc., et al. in the above-entitled action. My local co-counsel in this case is Asim Bhansali , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Debevoise & Plimpton LLP 919 Third Avenue, New York, NY 10022 | Kwun Bhansali Lazarus LLP, 555 Montgomery St., Suite 750, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (212) 909-6282 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 630-2350 |
| MY EMAIL ADDRESS OF RECORD: mjsorensen@debevoise.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: abhansali@kblfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5419163 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/15/20

                              /s/ Matthew J. Sorensen

                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew J. Sorensen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/16/2020

                           UNITED STATES DISTRICT~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                 *October 2012*