ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>VMWARE, INC., et al.,<br><br>                                    Defendants. | Case No. 5:20-cv-02182-EJD<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING |

4839-1697-1002.v1

Lead Plaintiff Northeast Carpenters Pension Fund ("Lead Plaintiff") and Defendants VMware, Inc., Patrick P. Gelsinger, and Zane Rowe (collectively, "Defendants"), through the undersigned counsel, hereby agree to and stipulate pursuant to Local Rule 6-2, to the following schedule for the filing of a second amended consolidated complaint by Lead Plaintiff and any motion to dismiss briefing, along with continuing the initial case management conference:

WHEREAS, William Lamartina filed a complaint in the Northern District of California on March 31, 2020 (ECF No. 1);

WHEREAS, the Court appointed Northeast Carpenters Pension Fund as Lead Plaintiff on July 20, 2020 (ECF No. 45);

WHEREAS, Lead Plaintiff filed a consolidated complaint on September 18, 2020 (ECF No. 50);

WHEREAS, Defendants moved to dismiss the consolidated complaint on November 17, 2020 (ECF No. 51);

WHEREAS, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss with Leave to Amend on September 10, 2021 (the "Order") (ECF No. 60);

WHEREAS, the Order directed Lead Plaintiff to file a second amended consolidated complaint by September 24, 2021 (*id.* at 29);

WHEREAS, Lead Plaintiff intends to file a second amended consolidated complaint;

WHEREAS, Defendants intend to move to dismiss the second amended consolidated complaint;

WHEREAS, the initial case management conference was continued – along with all related deadlines, including initial disclosures, the case management statement, the Rule 26(f) report, and the ADR certification – until the Court ruled on Defendants' motion to dismiss (ECF No. 59);

WHEREAS, the parties have met and conferred and have agreed to enlarge the time by which Lead Plaintiff shall file its second amended consolidated complaint;

WHEREAS, the parties further agree that continuing the initial case management conference until after the Court rules on Defendants' anticipated motion to dismiss would promote judicial

efficiency and comport with the Private Securities Litigation Reform Act's automatic stay of discovery during the pendency of any motion to dismiss;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and request the Court enter the following schedule:

1.    The schedule for the filing of Lead Plaintiff's second amended consolidated complaint and Defendants' anticipated motion to dismiss:

| | |
|---|---|
| Lead Plaintiff to file Second Amended Consolidated Complaint | October 8, 2021 |
| Defendants to file Motion to Dismiss the Second Amended Consolidated Complaint | November 5, 2021 |
| Lead Plaintiff to file Opposition to Motion to Dismiss | December 3, 2021 |
| Defendants to file Reply in Support of Motion to Dismiss | December 17, 2021 |

2.    The initial case management conference is continued – along with all related deadlines, including the deadline for initial disclosures, the case management statement, the Rule 26(f) report, and the ADR certification – until after the Court rules on Defendants' anticipated motion to dismiss, should Lead Plaintiff's second amended consolidated complaint survive that motion.

DATED: September 13, 2021

ROBBINS GELLER RUDMAN
 & DOWD LLP
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU

_s/Scott H. Saham_
SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING - 5:20-cv-02182-EJD        - 2 -
4839-1697-1002.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  September 13, 2021

DEBEVOISE & PLIMPTON
MAEVE L. O'CONNOR
ELLIOT GREENFIELD

                    s/ Maeve L. O'Connor
                  MAEVE L. O'CONNOR

919 Third Avenue
New York, NY  10022
Telephone:  212/909-6000
212/909-6836 (fax)
egreenfield@debevoise.com
mloconnor@debevoise.com

KWUN BHANSALI LAZARUS LLP
ASIM M. BHANSALI (SBN 194925)
NICHOLAS A. ROETHLISBERGER (SBN 280497)
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: 415/630-2350
415/367-1539 (fax)
abhansali@kblfirm.com
nroethlisberger@kblfirm.com

Counsel for Defendants VMware, Inc., Patrick P. Gelsinger, and Zane Rowe

*      *      *

**O R D E R**

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED:  September 13, 2021

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND AMENDED CONSOLIDATED COMPLAINT AND MOTION TO DISMISS BRIEFING - 5:20-cv-02182-EJD    - 3 -
4839-1697-1002.v1