ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VMWARE, INC., et al., <br><br> Defendants. | Case No. 5:20-cv-02182-EJD <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS <br><br> DATE:        May 19, 2022 <br> TIME:         9:00 a.m. <br> COURTROOM:  The Hon. Edward J. Davila |

4893-2881-1806.v1

Pursuant to Local Rule 7-3(d), Lead Plaintiff Northeast Carpenters Pension Fund ("Plaintiff") requests approval to file the attached excerpt from the Form 10-K for the fiscal year ended January 28, 2022, filed by Defendant VMware, Inc. ("VMware" or the "Company") with the U.S. Securities and Exchange Commission ("SEC") on March 24, 2022.  The Form 10-K states for the first time that:

> In December 2019, the staff of the Enforcement Division of the SEC requested documents and information related to VMware's backlog and associated accounting and disclosures. ***VMware is fully cooperating with the SEC and is engaged in discussions with the SEC about a potential resolution***.

*See* Ex. A attached hereto.  On November 5, 2021, Defendants filed their Motion to Dismiss Second Amended Complaint (ECF 64), which included a request that the Court take judicial notice of nearly 600 pages of SEC filings, including of the Company's Form 10-K filed with the SEC on March 26, 2020, referencing the SEC's investigation into "VMware's backlog and associated accounting and disclosures." *Id.* at page 10 of 30 n.1; Exhibit G to the Declaration of Elliot Greenfield (ECF 64-1 at page 460 of 676.

Plaintiff accordingly requests approval to file the attached excerpt from the Company's most recent annual report.

DATED:  April 28, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU


                          s/ Scott H. Saham
                         SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com

PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS - 5:20-cv-02182-EJD
4893-2881-1806.v1

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH DEFENDANTS'
MOTION TO DISMISS - 5:20-cv-02182-EJD
4893-2881-1806.v1

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Scott H. Saham
SCOTT H. SAHAM

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  scotts@rgrdlaw.com

4893-2881-1806.v1

## Mailing Information for a Case 5:20-cv-02182-EJD Lamartina v. VMware, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,e_file_SD@rgrdlaw.com

- **Asim M. Bhansali**
  abhansali@kblfirm.com,asim-bhansali-6238@ecf.pacerpro.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Elliot Greenfield**
  egreenfi@debevoise.com,jtancil@debevoise.com,mao-ecf@debevoise.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Ashley Michelle Kelly**
  akelly@rgrdlaw.com,e_file_sd@rgrdlaw.com,AKellyRGRD@ecf.courtdrive.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Maeve O'Connor**
  mloconnor@debevoise.com,mao-ecf@debevoise.com,mjsorensen@debevoise.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,lobas@pomlaw.com,abarbosa@pomlaw.com,fgr

- **Nicholas Alan Roethlisberger**
  nroethlisberger@kblfirm.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_SD@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Brian Jared Schall**
  brian@schallfirm.com

- **Matthew John Sorensen**
  mjsorensen@debevoise.com,mao-ecf@debevoise.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)