Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

Maeve L. O'Connor (*pro hac vice*)
moconnor@debevoise.com
Elliot Greenfield (*pro hac vice*)
egreenfield@debevoise.com
Matthew J. Sorensen (*pro hac vice*)
mjsorensen@debevoise.com
DEBEVOISE & PLIMPTON LLP 919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Defendants
VMWARE, INC., PATRICK P. GELSINGER, AND ZANE ROWE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>    Defendants. | Case No.: 5:20-cv-02182-EJD<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SEPTEMBER 12, 2022 ORDER OF THE U.S. SECURITIES AND EXCHANGE COMMISSION INSTITUTING CEASE-AND-DESIST PROCEEDINGS AGAINST VMWARE, INC.** |

DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SEPTEMBER 12, 2022 ORDER OF THE SEC
(No. 5:20-cv-02182-EJD)

Defendants respectfully submit this response to Plaintiff's Statement of Recent Decision, filed on September 13, 2022 (Dkt. No. 77, the "Notice").

As a threshold matter, the Notice fails to comply with Local Civil Rule 7-3(d)(2) because the SEC order is not a "judicial opinion" and was not submitted "without argument." In any event, the SEC order undermines, rather than supports, an inference of scienter because the SEC, after conducting a thorough investigation, declined to assert any scienter-based claims. (Dkt. No. 77-1 at 8.)  Defendants also note that VMware consented to entry of the order without admitting or denying the findings therein.  (*Id.* at 1.)

Respectfully submitted,

Dated: September 15, 2022                KWUN BHANSALI LAZARUS LLP
                                         DEBEVOISE & PLIMPTON LLP


                                         By: */s/ Asim M. Bhansali*

                                         Asim M. Bhansali (SBN 194925)
                                         abhansali@kblfirm.com
                                         Nicholas A. Roethlisberger (SBN 280497)
                                         nroethlisberger@kblfirm.com
                                         KWUN BHANSALI LAZARUS LLP
                                         555 Montgomery St., Suite 750
                                         San Francisco, CA 94111
                                         (415) 630-2350

                                         Maeve L. O'Connor (*pro hac vice*)
                                         moconnor@debevoise.com
                                         Elliot Greenfield (*pro hac vice*)
                                         egreenfield@debevoise.com
                                         Matthew J. Sorensen (*pro hac vice*)
                                         mjsorensen@debevoise.com
                                         DEBEVOISE & PLIMPTON LLP
                                         919 Third Avenue
                                         New York, New York 10022
                                         (212) 909-6000

                                         Attorneys for Defendants
                                         VMWARE, INC., PATRICK P. GELSINGER
                                         and ZANE ROWE