ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>    vs.<br><br>VMWARE, INC., et al.,<br><br>                       Defendants. | Case No. 5:20-cv-02182-EJD<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

4886-3531-6766.v1

Before the Court is Lead Plaintiff Northeast Carpenters Pension Fund's ("Plaintiff") Motion to Supplement the Record in Connection with Defendants' Motion to Dismiss the Amended Complaint.  The Court having considered the Motion and the written evidence submitted,

IT IS **ORDERED** that Plaintiff's Motion to Supplement the Record is **GRANTED** and the excerpt of the Form 10-K for the fiscal year ended January 28, 2022 is deemed filed.

**IT IS SO ORDERED**.

DATED:    March 7, 2023

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT - 5:20-cv-02182-EJD
4886-3531-6766.v1

- 1 -