UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., et al.,<br><br>Defendants. | Case No.   20-cv-02182-EJD<br><br>**ORDER REGARDING STATEMENT OF RECENT DECISION**<br><br>Re: ECF No. 77 |

On September 13, 2022, Plaintiff Northeast Carpenters Pension Fund ("Lead Plaintiff") filed a Statement of Recent Decision notifying the Court of the U.S. Securities and Exchange Commission's September 12, 2022 Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order ("SEC Order") against Defendant VMware, Inc. ("VMware"). ECF No. 77. The SEC Order post-dated the filing of the Second Amended Consolidated Complaint ("SAC") by nearly one year and the completion of briefing on Defendants' Motion to Dismiss the SAC by about nine months. ECF Nos. 63, 64. Recognizing that the SEC Order concerns VMware's practices regarding its order backlog and revenue management—the same practices at issue in this action—the Court will permit the parties to provide additional briefing on Defendants' Motion to Dismiss as detailed below. Any additional briefing must be limited to the effect of the SEC Order, if any, on the SAC and Defendants' Motion to Dismiss. Following its receipt and review of any additional briefing, the Court will inform the parties should it determine a hearing on the issue is necessary.

Case No.: 20-cv-02182-EJD
ORDER REGARDING STATEMENT OF RECENT DECISION
1

Accordingly, the Court ORDERS:

1.      Plaintiff may file additional argument of no more than ten pages regarding the effect of the SEC Order on the SAC and Defendants' Motion to Dismiss.  If Plaintiff files additional argument, Plaintiff may also attach a redline of the SAC with any additional allegations specific to the contents of the SEC Order that bear on Defendants' Motion to Dismiss.  Any additional briefing must be filed within ten days of this Order.

2.      If Plaintiff files additional briefing, Defendants may file a response of no more than ten pages.  Any response must be filed within seven days of the filing of Plaintiff's additional briefing.

**IT IS SO ORDERED.**

Dated: March 7, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-02182-EJD
ORDER REGARDING STATEMENT OF RECENT DECISION
2