# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff(s)<br><br>   v.<br><br>VMWARE, INC., et al.,<br><br>                              Defendant(s) | CASE No.    5:20-cv-02182-EJD<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐  **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)

   Mediation with Private Mediation Provider Mutually Agreeable to the Parties

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑  other requested deadline: ~~No later than 30 days before Hearing On Dispositive Motions (currently February 27, 2025)~~

Date:  10/11/2023

s/ Scott Saham
_____
Attorney for Plaintiff
s/ Maeve O'Connor
_____
Attorney for Defendant

---

☐  IT IS SO ORDERED.
☒  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:
Status Conference set for 2/8/2024, at 10:00 a.m. to discuss the parties' proposed mediation  schedule. Joint Status Report confirming ADR selection and initial schedule due by 2/1/2024.

DATE:  October 13, 2023

_____
EDWARD J. DAVILA, U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019