UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM LAMARTINA,

Plaintiff,

v.

VMWARE, INC., et al.,

Defendants.

Case No.  20-cv-02182-EJD (VKD)

**INTERIM ORDER RE OCTOBER 13, 2023 DISCOVERY DISPUTE LETTER BRIEF**

Re: Dkt. No. 105

The Court requests that by **October 23, 2023**, VMware, Inc. ("VMware") provide a chambers copy of the documents the parties refer to in their October 13, 2023 discovery letter brief as (1) the "Written Submission" to the Securities and Exchange Commission and (2) the "Trading Analysis"/"Trading Presentation."  Alternatively, if these documents are already part of the record in this case, VMware shall identify where these documents can be found on the docket.

**IT IS SO ORDERED.**

Dated: October 16, 2023

Virginia K. DeMarchi
United States Magistrate Judge