UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM LAMARTINA,

          Plaintiff,

    v.

VMWARE, INC., et al.,

          Defendants.

Case No. 20-cv-02182-EJD (VKD)

**ORDER RE FURTHER BRIEFING RE DISCOVERY DISPUTE**

Re: Dkt. No. 105

On November 14, 2023, the Court held a hearing on the parties' dispute regarding whether defendant VMware, Inc. has waived attorney-client privilege and/or work product protections. Dkt. Nos. 105, 110. For the reasons discussed during the hearing, the Court concludes that it would benefit from a more complete record and better-developed arguments regarding the nature and extent of the purported waiver. Accordingly, the Court directs the parties to brief the dispute as a regularly noticed motion pursuant to Civil Local Rule 7-2. Unless the parties agree otherwise, plaintiff shall be the moving party.

This order terminates Dkt. No. 105.

**IT IS SO ORDERED.**

Dated: November 14, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California