UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA,<br><br>                    Plaintiff,<br><br>        v.<br><br>VMWARE, INC., et al.,<br><br>                    Defendants. | Case No.  20-cv-02182-EJD (VKD)<br><br>**INTERIM ORDER RE DECEMBER 19, 2023 DISCOVERY DISPUTE LETTER RE VMWARE'S 30(B)(6) DEPOSITION**<br><br>Re: Dkt. No. 115 |

On December 19, 2023, the parties submitted a discovery letter regarding a dispute over the Rule 30(b)(6) deposition of VMWare.  Dkt. No. 115.

By **January 2, 2024**, plaintiff Eastern Atlantic States Carpenters Pension Fund shall e-file a copy of its October 5, 2023 Rule 30(b)(6) deposition notice.

**IT IS SO ORDERED.**

Dated: December 20, 2023

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California