UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., et al.,<br><br>Defendants. | Case No.  20-cv-02182-EJD (VKD)<br><br>**INTERIM ORDER RE DECEMBER 19, 2023 DISCOVERY DISPUTE LETTER RE PRIVILEGE**<br><br>Re: Dkt. No. 116 |

On December 19, 2023, the parties filed a discovery letter regarding a dispute over VMWare's assertion of attorney-client privilege over certain documents produced by VMWare's former Senior Vice President, Peter Dockery.  Dkt. No. 116.

Although VMWare objects to an in camera review, the parties' respective descriptions of the subject documents differ dramatically.  The Court has no basis to know which party's description is correct and cannot resolve this discovery dispute on the present record.  An in camera review is necessary.  Accordingly, by **January 2, 2024**, VMWare shall submit the following documents to this Court for an in camera review:

1. The privilege log entries for the documents at issue, including the privilege(s) and protection(s) claimed; and

2. The redacted *and* unredacted versions of the documents at issue.

**IT IS SO ORDERED.**

Dated: December 20, 2023

Virginia K. DeMarchi
United States Magistrate Judge