[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                             Plaintiff,<br><br>      vs.<br><br>VMWARE, INC., et al.,<br><br>                             Defendants. | Case No. 5:20-cv-02182-EJD<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND [~~PROPOSED~~] AMENDMENT TO CASE MANAGEMENT SCHEDULING ORDER |

4886-9245-4038.v3

WHEREAS, Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund ("Lead Plaintiff") and Defendants VMware, Inc., Patrick P. Gelsinger, and Zane Rowe (together, "Defendants") (collectively, the "Parties") in the above-captioned action respectfully jointly submit this Proposed Amendment to Case Management Scheduling Order;

WHEREAS, the Parties appeared before the Court on June 8, 2023, for a Case Management Conference;

WHEREAS, on September 29, 2023, the Parties submitted a Joint Stipulation and [Proposed] Amended Case Management Scheduling Order (ECF 102), including agreed-upon dates for (1) substantial completion of Defendants' document production; (2) Defendants' response(s) to Lead Plaintiff's Motion for Class Certification; and (3) Lead Plaintiff's reply in support of its Motion for Class Certification;

WHEREAS, on October 3, 2023, the Court entered its Case Management Order (ECF 103), which omitted dates for (1) substantial completion of Defendants' document production; (2) Defendants' response(s) to Lead Plaintiff's Motion for Class Certification; and (3) Lead Plaintiff's reply in support of its Motion for Class Certification. ECF 103;

WHEREAS, the Parties agree the Case Management Order should be modified as follows, leaving unaltered the remainder of the schedule issued in the Court's Case Management Order (ECF 103), and request that the Court enter the below amended stipulated schedule and order;

NOW THEREFORE, the Court adds the following deadlines to the case management schedule.

| EVENT | DEADLINE |
| --- | --- |
| Substantial Completion of Defendants' Document Production | January 31, 2024 |
| Defendants to respond to Lead Plaintiff's class certification motion | March 15, 2024 |
| Lead Plaintiff's reply in support of class certification motion | May 17, 2024 |

JOINT STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT SCHEDULING ORDER - 5:20-cv-02182-EJD
4886-9245-4038.v3

- 1 -

DATED:  December 22, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
LAURIE L. LARGENT
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON


*s/ Ashley M. Kelly*
ASHLEY M. KELLY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  December 22, 2023

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR (*pro hac vice*)
ELLIOT GREENFIELD (*pro hac vice*)
MATTHEW J. SORENSEN (*pro hac vice*)


*s/ Maeve L. O'Connor*
MAEVE L. O'CONNOR

66 Hudson Boulevard
New York, NY  10001
Telephone:  212/909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
mjsorensen@debevoise.com

JOINT STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT SCHEDULING
ORDER - 5:20-cv-02182-EJD
4886-9245-4038.v3

- 2 -

KWUN BHANSALI LAZARUS LLP
ASIM M. BHANSALI (SBN 194925)
NICHOLAS A. ROETHLISBERGER (SBN 280497)
555 Montgomery Street, Suite 750
San Francisco, CA  94111
Telephone:  415/630-2350
abhansali@kblfirm.com
nroethlisberger@kblfirm.com

Attorneys for Defendants

\*        \*        \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    December 26, 2023

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] AMENDED CASE MANAGEMENT SCHEDULING
ORDER - 5:20-cv-02182-EJD
4886-9245-4038.v3

- 3 -