ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VMWARE, INC., et al., <br><br> Defendants. | Case No. 5:20-cv-02182-EJD (VKD) <br><br> CLASS ACTION <br><br> DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' JOINT DISCOVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION |

4895-1358-6330.v1

I, Scott H. Saham, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund ("Plaintiff") in the above-captioned action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Plaintiff's concurrently-filed Motion For Administrative Relief For Hearing on the Parties' Joint Discovery Disputes in Advance of a Scheduled Deposition.

3.    A stipulation under Civil Local Rule 7-12 could not be obtained because Defendants do not agree that a hearing is necessary.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of January, 2024

s/ Scott H. Saham
SCOTT H. SAHAM

DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' JOINT DISCOVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION - 5:20-cv-02182-EJD (VKD)
4895-1358-6330.v1

- 1 -