UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VMWARE, INC., et al.,<br><br>Defendants. | Case No. 5:20-cv-02182-EJD (VKD)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' JOINT DISCOVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION |

4859-8866-7034.v1

Before the Court is Plaintiff's Motion For Administrative Relief For Hearing on the Parties' Joint Discovery Disputes In Advance of a Scheduled Deposition.  The Court having considered the Motion,

IT IS ORDERED that Plaintiff's Motion For Administrative Relief For Hearing on the Parties' Joint Discovery Disputes In Advance of a Scheduled Deposition is GRANTED.

The Parties are to appear for a hearing on the joint discovery disputes (ECF 115 and 116) on _____, 2024 at _____a.m./p.m.

IT IS SO ORDERED.

DATED:  _____    _____
                                                                    THE HONORABLE VIRGINIA K. DEMARCHI
                                                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' JOINT DISCOVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION - 5:20-cv-02182-EJD (VKD)
4859-8866-7034.v1

- 1 -