Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Fax: (415) 367-1539

Maeve L. O'Connor (*pro hac vice*)
moconnor@debevoise.com
Elliot Greenfield (*pro hac vice*)
egreenfield@debevoise.com
Matthew J. Sorensen (*pro hac vice*)
mjsorensen@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, New York 10001
Tel: (212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants
VMWARE, INC., PATRICK P. GELSINGER, AND ZANE ROWE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>Defendants. | Case No.: 5:20-cv-02182-EJD (VKD)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' DISCOVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION** |

Pursuant to Local Rule 7-11, Defendants VMware, Inc. ("VMware" or the "Company"), Patrick P. Gelsinger ("Gelsinger"), and Zane Rowe (together with VMware, "Defendants") respectfully submit this response to Plaintiff's Motion For Administrative Relief For Hearing on the Parties' Joint Discovery Disputes In Advance of a Scheduled Deposition, ECF No. 123 (the "Administrative Motion").

The Court's January 3, 2024 Order (ECF No. 124) obviated any need for a hearing on the parties' dispute regarding the VMware Rule 30(b)(6) deposition (ECF No.115).  To the extent the Court decides that a hearing would be helpful in resolving the remaining discovery dispute with respect to the documents produced by Peter Dockery (ECF No. 116), there is no justification for the additional burden of an expedited hearing.

As Defendants advised Plaintiff prior to its filing of the Administrative Motion, Defendants are amenable to scheduling Mr. Dockery's deposition on a date after the Court has ruled on the privilege dispute so that Plaintiff may have clarity on the Court's position prior to deposing Mr. Dockery.  Fact discovery does not close until June 28, 2024, and the parties therefore have ample time to coordinate the scheduling of depositions in light of the Court's subsequent rulings on discovery disputes in the ordinary course.

Defendants will, of course, make themselves available if the Court determines that a hearing is necessary, although scheduling an in-person hearing prior to February 1 when Mr. Dockery is currently scheduled to be deposed would be challenging for defense counsel.

Respectfully submitted,

Dated: January 4, 2024

By: */s/ Maeve L. O'Connor*

Maeve L. O'Connor (*pro hac vice*)
moconnor@debevoise.com
Elliot Greenfield (*pro hac vice*)
egreenfield@debevoise.com
Matthew J. Sorensen (*pro hac vice*)
mjsorensen@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.

New York, New York 10001
(212) 909-6000

Asim M. Bhansali (SBN 194925)
*abhansali@kblfirm.com*
Nicholas A. Roethlisberger (SBN 280497)
*nroethlisberger@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

*Attorneys for Defendants VMware, Inc.,*
*Patrick P. Gelsinger and Zane Rowe*