**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>Defendants. | Case No.: 5:20-cv-02182-EJD (VKD)<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' JOINT DISOCVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION |

Before the Court is Plaintiff's Motion For Administrative Relief For Hearing on the Parties' Joint Discovery Disputes In Advance of a Scheduled Deposition.  The Court having considered the Motion,

IT IS HEREBY ORDERED that Plaintiff's Motion For Administrative Relief For Hearing on the Parties' Joint Discovery Disputes In Advance of a Scheduled Deposition is DENIED.

The Court shall schedule a hearing in the ordinary course if it determines one is necessary to resolve the outstanding joint discovery dispute (ECF No. 116).

IT IS SO ORDERED.

DATED:  _____        _____
                                        THE HONORABLE VIRGINIA K. DEMARCHI
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR HEARING ON THE PARTIES' JOINT DISOCVERY DISPUTES IN ADVANCE OF A SCHEDULED DEPOSITION
(No. 5:20-cv-02182-EJD (VKD)) - 1