UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA,<br><br>        Plaintiff,<br><br>    v.<br><br>VMWARE, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-02182-EJD (VKD)<br><br>**FURTHER ORDER RE DECEMBER 19, 2023 DISCOVERY DISPUTE RE PRIVILEGE**<br><br>Re: Dkt. Nos. 116, 126 |

As discussed during the hearing on January 16, 2024, the Court orders further submissions as follows:

1. The parties may file fact declarations in support of their respective positions concerning the purpose for which the communications in question (i.e. the material VMWare has redacted as privileged) were made.

2. The parties may advise the Court, without argument, of any additional caselaw or other authority bearing on resolution of this dispute that they did not already identify in their prior briefing or during the January 16, 2024 hearing.

These further submissions are due by **January 24, 2024.**

**IT IS SO ORDERED.**

Dated: January 16, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge