Asim M. Bhansali
Nicholas A. Roethlisberger
Kwun Bhansali Lazarus LLP
555 Montgomery St., Suite 570
San Francisco, CA 94111
Telephone: 415.630.2350
Email: abhansali@kblfirm.com
Email: nroethlisberger@kblfirm.com

Maeve L. O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Mathew J. Sorensen (*pro hac vice*)
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: mjsorensen@debevoise.com

Attorneys for Defendants
VMWARE, INC., et al.,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated<br><br>                              Plaintiff,<br><br>vs.<br><br>VMWARE, INC, et al,,<br><br>                              Defendants. | Master File 5:20-cv-02182-EJD<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Defendants VMware, Inc. ("VMware"), Patrick P. Gelsinger and Zane Rowe (collectively, "Defendants") submit this response to Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed.  (Dkt. No. 136.)

Pursuant to Civil Local Rules 7-11 and 79-5, on January 26, 2024, Lead Plaintiff submitted an Administrative Motion to Consider Whether Another Party's Material Should be Sealed concurrent with Plaintiff's Motion to Compel (Dkt. No. 137) (the "Motion").  Pursuant to the Parties' Protective Order and Civil Local Rule 79-5(f), Plaintiff filed certain documents designated "confidential," and "highly confidential – attorneys' eyes only," as well as information contained in the Motion and derived from those documents, under conditional seal.

Defendants are not seeking to seal any portion of the Motion, or Exhibits A, C-E, and G-J, to the Declaration of Scott H. Saham.

Defendants take no position on Exhibit B, which was produced and marked confidential by third-party PriceWaterhouseCoopers.

DATED:  February 2, 2024

**DEBEVOISE & PLIMPTON LLP**

*/s/ Maeve O'Connor*

Maeve L. O'Connor (pro hac vice)
*moconnor@debevoise.com*
Elliot Greenfield (pro hac vice)
*egreenfield@debevoise.com*
Matthew J. Sorensen (pro hac vice)
*mjsorensen@debevoise.com*
DEBEVOISE & PLIMPTON LLP
66 Hudson Blvd.
New York, New York 10001
(212) 909-6000

Asim M. Bhansali (SBN 194925)
*abhansali@kblfirm.com*
Nicholas A. Roethlisberger (SBN 280497)
*nroethlisberger@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

*Attorneys for Defendants VMware, Inc.,
Patrick P. Gelsinger and Zane Rowe*

1
DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL – 20-cv-02182