Asim M. Bhansali (SBN 194925)
*abhansali@kblfirm.com*
Nicholas A. Roethlisberger (SBN 280497)
*nroethlisberger@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, California 94111
(415) 630-2350

Maeve L. O'Connor (*pro hac vice*)
*mloconnor@debevoise.com*
Elliot Greenfield (*pro hac vice*)
*egreenfield@debevoise.com*
Matthew J. Sorensen (*pro hac vice*)
*mjsorensen@debevoise.com*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

Attorneys for Defendants
VMWARE LLC, PATRICK P. GELSINGER and ZANE ROWE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE,<br><br>    Defendants. | Case No.: 5:20-cv-02182-EJD<br><br>**DECLARATION OF MATTHEW J. SORENSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT VMWARE, INC. TO PRODUCE DOCUMENTS PREVIOUSLY WITHHELD AS PRIVILEGED AND/OR PROTECTED AND TO ADD CERTAIN INDIVIDUALS AS CUSTODIANS**<br><br>Date:    March 5, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. Virginia K. DeMarchi<br>Ctrm.:   2 |

I, Matthew J. Sorensen, hereby declare:

1.      I am an associate with Debevoise & Plimpton LLP, counsel of record for Defendants VMware LLC, ("VMware" or the "Company"), Patrick Gelsinger, and Zane Rowe. I am duly admitted to practice law in the state of New York and am admitted pro hac vice in this matter.  I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Compel Defendant VMware, Inc. to Produce Documents Previously Withheld as Privileged and/or Protected and to Add Certain Individuals as Custodians.

2.      Attached as Exhibit 1 is a true and correct copy of an email exchange between VMware's outside counsel and the SEC, dated May 26, 2021.

3.      Attached as Exhibit 2 is a true and correct copy of a letter from VMware's outside counsel to the SEC, dated May 28, 2021, attaching the PwC Forwarded Emails (LAMARTINA-VMW00253238–333).[1]

4.      Attached as Exhibit 3 is a true and correct copy of a letter from VMware's outside counsel to the SEC, dated July 16, 2021 (LAMARTINA-VMW00253572–75).

5.      Attached as Exhibit 4 is a true and correct copy of an email exchange between Stephane Berthier and Amy Fliegelman Olli, dated June 5, 2018 (SEC-VMW002915–19).

6.      Attached as Exhibit 5 is a true and correct copy of a letter from VMware's outside counsel to the SEC, dated July 20, 2021 (LAMARTINA-VMW00253576–79).

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 9th day of February, 2024.

 /s/ Matthew J. Sorensen
Matthew J. Sorensen

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in Defendants' Opposition to Plaintiff's Motion to Compel Defendant VMware, Inc. to Produce Documents Previously Withheld as Privileged and/or Protected and to Add Certain Individuals as Custodians.

DECLARATION OF MATTHEW J. SORENSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (NO. 5:20-CV-02182-EJD) - 1