# Exhibit 1

**From:** Eddy, Kristen M <eddyk@SEC.GOV>
**Sent:** Thursday, May 27, 2021 6:32 AM
**To:** Flinn, Mark
**Cc:** Ceresney, Andrew J.; Brockmeyer, Kara; Weiss, Jeffrey; Cowen, Jonathan M.; deRoo, Amanda; Carlson, James
**Subject:** Re: VMware Call

Thanks, Mark. I will circulate an invitation soon.

Kristen


On May 26, 2021, at 9:37 PM, Flinn, Mark <mflinn@debevoise.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kristen,

We can do a call on June 4 at 11:00am.  As a heads up, we are planning to produce 10 documents this week that we are removing from our privilege log.  These are different versions of the same email chain that we recently learned was forwarded to PwC.  We will produce a revised privilege log as well.

Thanks,
Mark


Mark D. Flinn
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
mflinn@debevoise.com
+1 202 383 8005 (Tel)


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.

---

**From:** Eddy, Kristen M [mailto:eddyk@SEC.GOV]
**Sent:** Wednesday, May 26, 2021 18:39
**To:** Ceresney, Andrew J.; Brockmeyer, Kara; Flinn, Mark

**Cc:** Weiss, Jeffrey; Cowen, Jonathan M.; deRoo, Amanda; Carlson, James
**Subject:** VMware Call

Andrew, Kara, and Mark:

We wanted to set up a call with you regarding privilege and VMware's privilege log. Are you available sometime in the window between 9am and 11:30am on Friday, June 4 for a call? If so, I can circulate dial-in information.

Thanks,
Kristen