# Exhibit 2

**Debevoise**
**&Plimpton**

**Debevoise & Plimpton LLP**
801 Pennsylvania Ave., N.W.
Washington, DC 20004
+1 202 383 8000

**Kara Brockmeyer**
**Partner**
kbrockmeyer@debevoise.com
+1 202 383 8120

## FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

May 28, 2021

<u>VIA E-MAIL</u>

Kristen M. Eddy, Esq.
Jonathan M. Cowen, Esq.
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

## In the Matter of VMware, Inc. (HO-13879)

Dear Ms. Eddy and Mr. Cowen:

On behalf of VMware, Inc. ("VMware"), we have delivered via encrypted e-mail a compressed folder containing a production of documents in the above-referenced matter. The folder is labeled VMW029 and includes 10 documents bearing the Bates numbers VMW00495772 - VMW00495805, which are responsive to Request 4 from your request letter dated December 17, 2019.

We previously withheld these documents as privileged and listed them on our privilege log dated March 31, 2021. However, as we explained in our email to you on May 26, 2021, these documents reflect different versions of a single email chain that we recently determined is not privileged. As a result, we are producing 8 of the documents entirely, and we are producing the remaining 2 documents with privilege redactions. We have also enclosed a revised privilege log that reflects the changes detailed in Exhibit A below.

Please let us know if you have any questions concerning today's production or our revised privilege log.

\*     \*     \*

Pursuant to 17 C.F.R. § 200.83, we request on behalf of VMware that confidential treatment be accorded to all copies of this letter, to the documents and all other information provided in response to the SEC's requests, and to any notes, memoranda, or other records created by or at the direction of the SEC, its officers or staff members, that reflect, refer, or relate to this letter or the enclosed materials.

Please promptly inform us of any request under the Freedom of Information Act seeking access to any documents or materials provided to you on behalf of VMware including the

## FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00253238

Ms. Eddy and Mr. Cowen                      2                      May 28, 2021

enclosed materials and this letter, to enable us to substantiate the grounds for confidential treatment, unless the SEC intends to deny such request for access on other grounds. Should the SEC be inclined to grant such a request, VMware expects that it will be given at least ten business days' advance notice of any such decision to enable it to pursue any remedies that might be available. In such event, VMware requests that you telephone us rather than rely upon the United States mail for such notice. My direct number is (202) 383-8120.

The confidential material and the information contained therein remain the property of VMware. Accordingly, we request that these items (and all copies thereof) be returned to us after the SEC has completed its efforts on this matter. Furthermore, production of the confidential material is not intended to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. If it were found that production of any confidential material constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent. By production of such documents, VMware does not intend to and has not waived the attorney-client privilege, the work-product doctrine, or any other protections.

Please feel free to contact me at (202) 383-8120 should you have any questions.

Best regards,

Kara Brockmeyer

Kara Brockmeyer

Enclosures:    VMW029.zip
               Privilege Log HO-13879 2021.05.28.xlsx
               Privilege Log HO-13879 2021.05.28.pdf


cc:            ENF-CPU (via encrypted e-mail w/ enclosures)
               U.S. Securities and Exchange Commission
               6315 Bren Mar Drive, Suite 175
               Alexandria, VA 22312
               ENF-CPU@sec.gov

               Freedom of Information Act Officer (via U.S. Mail, w/o enclosures)
               U.S. Securities and Exchange Commission
               100 F Street, N.E.
               Washington, DC 20549


**FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                LAMARTINA-VMW00253239

**Exhibit A**

**Changes Reflected in May 28, 2021 Privilege Log**

| Privilege Log Type | Privilege Log No. | Privilege Log Change | Bates |
|---|---|---|---|
| Withheld | 200 | Removed | VMW00495772 |
| Withheld | 204 | Removed | VMW00495791 |
| Withheld | 207 | Removed | VMW00495774 |
| Withheld | 208 | Removed | VMW00495778 |
| Withheld | 209 | Removed | VMW00495780 |
| Withheld | 210 | Removed | VMW00495783 |
| Withheld | 211 | Removed | VMW00495801 |
| Withheld | 212 | Removed | VMW00495776 |
| Withheld | 213 | Removed | VMW00495787 |
| Withheld | 215 | Removed | VMW00495796 |
| Redacted | 1622 | Added | VMW00495796 |
| Redacted | 1623 | Added | VMW00495801 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    LAMARTINA-VMW00253240

| | |
|---|---|
| From: | Kevan Krysler |
| To: | Craig Norris |
| CC: | Amy Fliegelman Olli; Larry Wainblat; Zane Rowe |
| Sent: | 6/5/2018 7:45:28 AM |
| Subject: | RE: Updated Disclosure |

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

1. Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2. Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3. With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards. You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495780
LAMARTINA-VMW00253241

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495781
LAMARTINA-VMW00253242

*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>

This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495782
LAMARTINA-VMW00253243

| From: | Kevan Krysler |
|---|---|
| To: | Amy Fliegelman Olli; Craig Norris; Larry Wainblat |
| CC: | Zane Rowe |
| Sent: | 6/4/2018 11:26:44 PM |
| Subject: | RE: Updated Disclosure |

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

 

This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495772
LAMARTINA-VMW00253244

the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495773
LAMARTINA-VMW00253245

| | |
|---|---|
| From: | Craig Norris |
| To: | Kevan Krysler |
| CC: | Amy Fliegelman Olli; Larry Wainblat; Zane Rowe |
| Sent: | 6/5/2018 7:24:20 AM |
| Subject: | Re: Updated Disclosure |

Kevan,

It seems to me like we're moving backwards. You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495778
LAMARTINA-VMW00253246

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

From: Amy Fliegelman Olli
Sent: Monday, June 4, 2018 7:31 PM
To: Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
Cc: Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
Subject: Updated Disclosure
Importance: High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

Amy Fliegelman Olli
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>
This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495779
LAMARTINA-VMW00253247

| | |
|---|---|
| From: | Craig Norris |
| To: | Kevan Krysler |
| CC: | Amy Fliegelman Olli; Larry Wainblat; Zane Rowe |
| Sent: | 6/5/2018 7:08:09 AM |
| Subject: | Re: Updated Disclosure |

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495774
LAMARTINA-VMW00253248

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>

This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495775
LAMARTINA-VMW00253249

| From: | Craig Norris |
|---|---|
| To: | Kevan Krysler |
| CC: | Amy Fliegelman Olli; Larry Wainblat; Zane Rowe |
| Sent: | 6/5/2018 8:48:02 AM |
| Subject: | Re: Updated Disclosure |

Privileged and Confidential

Kevan,

I spoke with Amy. We find this process incredibly frustrating. We tried hard to be constructive after last night's meeting and boiled down our ask to adding one sentence (even deleting half a sentence in the process for a net add of three words). We don't want to go back to square one and argue about retaining language that was acceptable to you last night in addition to arguing to include a watered down version of the disclosure you agreed to last week.

So, let's go back to Friday's language:

> The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

We propose the following changes:

> <u>Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.</u> The ~~level of backlog at the end of a given period depends on numerous factors, and~~ the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Amy will speak with Pat, Zane and Brownie, and management can decide which version to go with.

I would like to note that two-thirds of the language we added came from Dell's 10-K, which includes the following paragraph:

> We believe that product backlog is not a meaningful indicator of net revenue that can be expected for any period. **Our business model generally gives us flexibility to manage product backlog** at any point in time by expediting shipping or prioritizing customer orders toward products that have shorter lead times, thereby reducing product backlog and increasing current period revenue. Moreover, product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period, as unfilled orders can generally be canceled at any time by the customer. Product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period.

Regards,

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 7:45 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495783
LAMARTINA-VMW00253250

**Subject:** RE: Updated Disclosure

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

1.   Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2.   Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3.   With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards. You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495784
LAMARTINA-VMW00253251

paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495785
LAMARTINA-VMW00253252

3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>
This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495786
LAMARTINA-VMW00253253

| From: | Craig Norris |
|---|---|
| To: | Kevan Krysler |
| CC: | Amy Fliegelman Olli; Larry Wainblat; Zane Rowe |
| Sent: | 6/5/2018 9:36:53 AM |
| Subject: | Re: Updated Disclosure |

Kevan,

Thanks for the email. I think your draft below works for us, but I would like to flip the order of the two clauses so that it reads:

> The amount and composition of backlog ~~will fluctuate period to period and backlog and~~ is managed based upon multiple considerations, including product and geography, and will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Please let me know your thoughts.

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 9:01 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>
**Subject:** RE: Updated Disclosure

I completely appreciate and share the frustration. I continue to have patience in working constructively on language where mutual agreement can be achieved.

I have sensitivity to suggesting that backlog is linked to our business models. Business models in my mind do not contemplate fulfillment of license keys. I am also looking to be concise with the language.

Let me know your thoughts on the language below.

The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period and <u>backlog and is managed based upon multiple considerations, including product and geography</u>. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Kevan

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 8:48 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495791
LAMARTINA-VMW00253254

Privileged and Confidential

Kevan,

I spoke with Amy. We find this process incredibly frustrating. We tried hard to be constructive after last night's meeting and boiled down our ask to adding one sentence (even deleting half a sentence in the process for a net add of three words). We don't want to go back to square one and argue about retaining language that was acceptable to you last night in addition to arguing to include a watered down version of the disclosure you agreed to last week.

So, let's go back to Friday's language:

> The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

We propose the following changes:

> Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Amy will speak with Pat, Zane and Brownie, and management can decide which version to go with.

I would like to note that two-thirds of the language we added came from Dell's 10-K, which includes the following paragraph:

> We believe that product backlog is not a meaningful indicator of net revenue that can be expected for any period. **Our business model generally gives us flexibility to manage product backlog** at any point in time by expediting shipping or prioritizing customer orders toward products that have shorter lead times, thereby reducing product backlog and increasing current period revenue. Moreover, product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period, as unfilled orders can generally be canceled at any time by the customer. Product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period.

Regards,

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 7:45 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>
**Subject:** RE: Updated Disclosure

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495792
LAMARTINA-VMW00253255

1.   Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2.   Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3.   With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards.  You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig.  The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.  The amount and composition of backlog will fluctuate period to

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495793
LAMARTINA-VMW00253256

period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process.  Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495794
LAMARTINA-VMW00253257

This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495795
LAMARTINA-VMW00253258

| | |
|---|---|
| **From:** | Craig Norris |
| **To:** | Kevan Krysler |
| **Sent:** | 6/5/2018 10:13:52 AM |
| **Subject:** | Re: Updated Disclosure |

# Redacted for Privilege

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 9:54 AM
**To:** Craig Norris <cnorris@vmware.com>
**Subject:** RE: Updated Disclosure

# Redacted for Privilege

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 9:37 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

Thanks for the email. I think your draft below works for us, but I would like to flip the order of the two clauses so that it reads:

> The amount and composition of backlog will fluctuate period to period and backlog and is managed based upon multiple considerations, including product and geography, and will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Please let me know your thoughts.

Craig

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 9:01 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495801
LAMARTINA-VMW00253259

**Subject:** RE: Updated Disclosure

I completely appreciate and share the frustration. I continue to have patience in working constructively on language where mutual agreement can be achieved.

I have sensitivity to suggesting that backlog is linked to our business models. Business models in my mind do not contemplate fulfillment of license keys. I am also looking to be concise with the language.

Let me know your thoughts on the language below.

The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period and <u>backlog and is managed based upon multiple considerations, including product and geography</u>. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Kevan


**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 8:48 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Privileged and Confidential

Kevan,

I spoke with Amy. We find this process incredibly frustrating. We tried hard to be constructive after last night's meeting and boiled down our ask to adding one sentence (even deleting half a sentence in the process for a net add of three words). We don't want to go back to square one and argue about retaining language that was acceptable to you last night in addition to arguing to include a watered down version of the disclosure you agreed to last week.

So, let's go back to Friday's language:

> The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

We propose the following changes:

> <u>Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.</u> The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Amy will speak with Pat, Zane and Brownie, and management can decide which version to go with.

I would like to note that two-thirds of the language we added came from Dell's 10-K, which includes the

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495802
LAMARTINA-VMW00253260

following paragraph:

We believe that product backlog is not a meaningful indicator of net revenue that can be expected for any period. **Our business model generally gives us flexibility to manage product backlog** at any point in time by expediting shipping or prioritizing customer orders toward products that have shorter lead times, thereby reducing product backlog and increasing current period revenue. Moreover, product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period, as unfilled orders can generally be canceled at any time by the customer. Product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period.

Regards,

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 7:45 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>
**Subject:** RE: Updated Disclosure

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

1.   Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2.   Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3.   With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards. You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495803
LAMARTINA-VMW00253261

gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495804
LAMARTINA-VMW00253262

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>
This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495805
LAMARTINA-VMW00253263

From:        Kevan Krysler
To:          Craig Norris
CC:          Amy Fliegelman Olli; Larry Wainblat; Zane Rowe
Sent:        6/5/2018 7:12:43 AM
Subject:     RE: Updated Disclosure

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495776
LAMARTINA-VMW00253264

**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>
This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495777
LAMARTINA-VMW00253265

From:       Kevan Krysler
To:         Craig Norris
CC:         Amy Fliegelman Olli; Larry Wainblat; Zane Rowe
Sent:       6/5/2018 9:01:14 AM
Subject:    RE: Updated Disclosure

I completely appreciate and share the frustration. I continue to have patience in working constructively on language where mutual agreement can be achieved.

I have sensitivity to suggesting that backlog is linked to our business models. Business models in my mind do not contemplate fulfillment of license keys. I am also looking to be concise with the language.

Let me know your thoughts on the language below.

The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period and <u>backlog and is managed based upon multiple considerations, including product and geography</u>. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Kevan

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 8:48 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Privileged and Confidential

Kevan,

I spoke with Amy. We find this process incredibly frustrating. We tried hard to be constructive after last night's meeting and boiled down our ask to adding one sentence (even deleting half a sentence in the process for a net add of three words). We don't want to go back to square one and argue about retaining language that was acceptable to you last night in addition to arguing to include a watered down version of the disclosure you agreed to last week.

So, let's go back to Friday's language:

> The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

We propose the following changes:

> <u>Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.</u> The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.                              VMW00495787
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          LAMARTINA-VMW00253325

Amy will speak with Pat, Zane and Brownie, and management can decide which version to go with.

I would like to note that two-thirds of the language we added came from Dell's 10-K, which includes the following paragraph:

> We believe that product backlog is not a meaningful indicator of net revenue that can be expected for any period. **Our business model generally gives us flexibility to manage product backlog** at any point in time by expediting shipping or prioritizing customer orders toward products that have shorter lead times, thereby reducing product backlog and increasing current period revenue. Moreover, product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period, as unfilled orders can generally be canceled at any time by the customer. Product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period.

Regards,

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 7:45 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>
**Subject:** RE: Updated Disclosure

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

1. Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2. Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3. With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards. You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
VMW00495788
LAMARTINA-VMW00253326

business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process. Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495789
LAMARTINA-VMW00253327

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>
This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495790
LAMARTINA-VMW00253328

From:       Kevan Krysler
To:         Craig Norris
Sent:       6/5/2018 9:54:03 AM
Subject:    RE: Updated Disclosure

# Redacted for Privilege

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 9:37 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

Thanks for the email. I think your draft below works for us, but I would like to flip the order of the two clauses so that it reads:

> The amount and composition of backlog will fluctuate period to period and backlog and is managed based upon multiple considerations, including product and geography, and will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Please let me know your thoughts.

Craig

> **From:** Kevan Krysler <kkrysler@vmware.com>
> **Date:** Tuesday, June 5, 2018 at 9:01 AM
> **To:** Craig Norris <cnorris@vmware.com>
> **Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>
> **Subject:** RE: Updated Disclosure
>
> I completely appreciate and share the frustration. I continue to have patience in working constructively on language where mutual agreement can be achieved.
>
> I have sensitivity to suggesting that backlog is linked to our business models. Business models in my mind do not contemplate fulfillment of license keys. I am also looking to be concise with the language.
>
> Let me know your thoughts on the language below.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495796
LAMARTINA-VMW00253329

The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period and backlog and is managed based upon multiple considerations, including product and geography. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Kevan

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 8:48 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Privileged and Confidential

Kevan,

I spoke with Amy. We find this process incredibly frustrating. We tried hard to be constructive after last night's meeting and boiled down our ask to adding one sentence (even deleting half a sentence in the process for a net add of three words). We don't want to go back to square one and argue about retaining language that was acceptable to you last night in addition to arguing to include a watered down version of the disclosure you agreed to last week.

So, let's go back to Friday's language:

> The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

We propose the following changes:

> Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography. The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Amy will speak with Pat, Zane and Brownie, and management can decide which version to go with.

I would like to note that two-thirds of the language we added came from Dell's 10-K, which includes the following paragraph:

> We believe that product backlog is not a meaningful indicator of net revenue that can be expected for any period. **Our business model generally gives us flexibility to manage product backlog** at any point in time by expediting shipping or prioritizing customer orders toward products that have shorter lead times, thereby reducing product backlog and increasing current period revenue. Moreover, product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period, as unfilled orders can generally be canceled at any time by the customer. Product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495797
LAMARTINA-VMW00253330

Regards,

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 7:45 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>,
Zane Rowe <zane@vmware.com>
**Subject:** RE: Updated Disclosure

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

1.    Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2.    Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3.    With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

---

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards. You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig. The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495798
LAMARTINA-VMW00253331

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.  The amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process.  Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495799
LAMARTINA-VMW00253332

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

<image002.jpg>
This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495800
LAMARTINA-VMW00253333