# Exhibit 5



**Debevoise & Plimpton LLP**
801 Pennsylvania Ave., N.W.
Washington, DC 20004
+1 202 383 8000

**Kara Brockmeyer**
Partner
kbrockmeyer@debevoise.com
+1 202 383 8120

## FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

July 20, 2021

VIA ENCRYPTED E-MAIL

Kristen M. Eddy, Esq.
Jonathan M. Cowen, Esq.
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

### In the Matter of VMware, Inc. (HO-13879)

Dear Ms. Eddy and Mr. Cowen:

On behalf of VMware, Inc. ("VMware"), we have delivered via encrypted e-mail a
compressed folder containing a production of documents in the above-referenced matter.
The folder is labeled VMW031 and includes the documents identified below bearing the
Bates numbers VMW00495979 – VMW00496431. We have also enclosed a revised
privilege log that reflects the changes detailed in Exhibit A.

| Bates Range | Request/Demand |
|---|---|
| VMW00495979 – VMW00496429 | Request 4 |
| VMW00496430 – VMW00496431 | Demand 4 |

\*       \*       \*

Pursuant to 17 C.F.R. § 200.83, we request on behalf of VMware that confidential
treatment be accorded to all copies of this letter, to the documents and all other
information provided in response to the SEC's requests, and to any notes, memoranda, or
other records created by or at the direction of the SEC, its officers or staff members, that
reflect, refer, or relate to this letter or the enclosed materials.

Please promptly inform us of any request under the Freedom of Information Act seeking
access to any documents or materials provided to you on behalf of VMware including the
enclosed materials and this letter, to enable us to substantiate the grounds for confidential
treatment, unless the SEC intends to deny such request for access on other grounds.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00253576

Should the SEC be inclined to grant such a request, VMware expects that it will be given at least ten business days' advance notice of any such decision to enable it to pursue any remedies that might be available. In such event, VMware requests that you telephone us rather than rely upon the United States mail for such notice. My direct number is (202) 383-8120.

The confidential material and the information contained therein remain the property of VMware. Accordingly, we request that these items (and all copies thereof) be returned to us after the SEC has completed its efforts on this matter. Furthermore, production of the confidential material is not intended to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. If it were found that production of any confidential material constitutes disclosure of otherwise privileged matters, such disclosure would be inadvertent. By production of such documents, VMware does not intend to and has not waived the attorney-client privilege, the work-product doctrine, or any other protections.

Please feel free to contact me at (202) 383-8120 should you have any questions.

Best regards,

Kara Brockmeyer

Enclosures:    VMW031.zip
               Privilege Log HO-13879 2021.07.20.xlsx
               Privilege Log HO-13879 2021.07.20.pdf

cc:            ENF-CPU (via encrypted e-mail w/ enclosures)
               U.S. Securities and Exchange Commission
               6315 Bren Mar Drive, Suite 175
               Alexandria, VA 22312
               ENF-CPU@sec.gov

               Freedom of Information Act Officer (via U.S. Mail, w/o enclosures)
               U.S. Securities and Exchange Commission
               100 F Street, N.E.
               Washington, DC 20549

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00253577

## Exhibit A

## Changes Reflected in June 20, 2021 Privilege Log

| Privilege Log Type | Privilege Log No. | Privilege Log Change | Bates |
|---|---|---|---|
| Withheld | 24 | Removed | VMW00495979 - 5984 |
| Withheld | 39 | Removed | VMW00495994 - 6001 |
| Withheld | 40 | Removed | VMW00495985 - 5993 |
| Withheld | 57 | Removed | VMW00496002 - 6011 |
| Withheld | 58 | Removed | VMW00496012 - 6015 |
| Withheld | 64 | Removed | VMW00496016 - 6021 |
| Withheld | 65 | Removed | VMW00496022 - 6027 |
| Withheld | 66 | Removed | VMW00496028 - 6034 |
| Withheld | 98 | Removed | VMW00496035 - 6039 |
| Withheld | 99 | Removed | VMW00496040 - 6047 |
| Withheld | 100 | Removed | VMW00496048 - 6054 |
| Withheld | 114 | Removed | VMW00496055 - 6062 |
| Withheld | 116 | Removed | VMW00496063 - 6068 |
| Withheld | 187 | Removed | VMW00496069 - 6075 |
| Withheld | 188 | Removed | VMW00496076 - 6083 |
| Withheld | 196 | Removed | VMW00496087 - 6088 |
| Withheld | 222 | Removed | VMW00496089 - 6120 |
| Withheld | 223 | Removed | VMW00496121 - 6152 |
| Withheld | 238 | Removed | VMW00496153 - 6160 |
| Withheld | 286 | Removed | VMW00496161 - 6167 |
| Withheld | 347 | Removed | VMW00496168 - 6170 |
| Withheld | 348 | Removed | VMW00496171 |
| Withheld | 350 | Removed | VMW00496172 - 6178 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00253578

Exhibit A                                    2                              July 20, 2021

| Privilege Log Type | Privilege Log No. | Privilege Log Change | Bates |
|---|---|---|---|
| Withheld | 372 | Removed | VMW00496179 - 6187 |
| Withheld | 518 | Removed | VMW00496197 - 6268 |
| Withheld | 519 | Removed | VMW00496269 - 6338 |
| Withheld | 560 | Removed | VMW00496339 - 6341 |
| Withheld | 561 | Removed | VMW00496342 - 6344 |
| Withheld | 563 | Removed | VMW00496345 |
| Withheld | 691 | Removed | VMW00496346 - 6350 |
| Withheld | 693 | Removed | VMW00496351 - 6359 |
| Withheld | 865 | Removed | VMW00496360 - 6381 |
| Withheld | 871 | Removed | VMW00496382 |
| Withheld | 1049 | Removed | VMW00496383 - 6429 |
| Withheld | 1130 | Removed | VMW00496430 - 6431 |
| Redacted | 218 | Removed | VMW00496085 - 6086 |
| Redacted | 545 | Removed | VMW00496188 - 6196 |
| Redacted | 1640 | Added | VMW00495980 - 5984 |
| Redacted | 1641 | Added | VMW00496003 - 6011 |
| Redacted | 1642 | Added | VMW00496087 - 6088 |
| Redacted | 1643 | Added | VMW00496188 - 6190 |
| Redacted | 1644 | Added | VMW00496346 - 6350 |
| Redacted | 1645 | Added | VMW00496352 - 6359 |
| Redacted | 1646 | Added | VMW00496362 - 6365 |
| Redacted | 1647 | Added | VMW00496370 - 6374 |
| Redacted | 1648 | Added | VMW00496377 - 6381 |
| Redacted | 1649 | Added | VMW00496431 |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00253579