Asim M. Bhansali (SBN 194925)
*abhansali@kblfirm.com*
Nicholas A. Roethlisberger (SBN 280497)
*nroethlisberger@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, California 94111
(415) 630-2350

Maeve L. O'Connor (*pro hac vice*)
*mloconnor@debevoise.com*
Elliot Greenfield (*pro hac vice*)
*egreenfield@debevoise.com*
Matthew J. Sorensen (*pro hac vice*)
*mjsorensen@debevoise.com*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

Attorneys for Defendants
VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE, <br><br> Defendants. | Case No.: 5:20-cv-02182-EJD <br><br> **DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Defendants VMware, Inc. ("VMware" or the "Company"), Patrick P. Gelsinger, and Zane Rowe (together with VMware, "Defendants") respectfully submit this response to Plaintiff's Motion for Class Certification (ECF No. 132, the "Motion").  Without waiver of any rights or defenses, including among others that the proposed class fails to satisfy the requirements of Fed. R. Civ. P. 23(a) and (b)(3), or any of them, and that Plaintiff is not an adequate class representative, Defendants do not oppose the Motion at this time.  Defendants reserve all rights, including the ability to seek an order decertifying, altering, or amending the class at a future time should circumstances warrant.

Respectfully submitted,

Dated: March 15, 2024          By: */s/ Maeve L. O'Connor*

Maeve L. O'Connor (*pro hac vice*)
*mloconnor@debevoise.com*
Elliot Greenfield (*pro hac vice*)
*egreenfield@debevoise.com*
Matthew J. Sorensen (*pro hac vice*)
*mjsorensen@debevoise.com*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

Asim M. Bhansali (SBN 194925)
*abhansali@kblfirm.com*
Nicholas A. Roethlisberger (SBN 280497)
*nroethlisberger@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, California 94111
(415) 630-2350

Attorneys for Defendants VMWARE, INC.,
PATRICK P. GELSINGER and ZANE ROWE