Asim M. Bhansali (SBN 194925)
*abhansali@kblfirm.com*
Nicholas A. Roethlisberger (SBN 280497)
*nroethlisberger@kblfirm.com*
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
(415) 630-2350

Attorneys for Defendants
VMWARE, INC., PATRICK P. GELSINGER and ZANE ROWE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and On Behalf of All Others Similarly Situated, | Case No.: 5:20-cv-02182-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS VMWARE, INC., PATRICK P. GELSINGER AND ZANE ROWE** |
| v. | |
| VMWARE, INC., PATRICK P. GELSINGER, and ZANE ROWE, | |
| Defendants. | |

[PROPOSED] ORDER
(NO. 5:20-CV-02182-EJD)

THIS MATTER is before the Court on the withdrawal of Asim Bhansali and Nicholas Roethlisberger, of the law firm of Kwun Bhansali Lazarus LLP ("Movants") as Counsel of Record for Defendants VMware, Inc., Patrick P. Gelsinger and Zane Rowe ("Motion"). The Court, having reviewed the Notice of Withdrawal and being fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1.    Movants are hereby withdrawn and relieved from further responsibility as counsel for Defendants VMware, Inc., Patrick P. Gelsinger and Zane Rowe, in this case. The Clerk is directed to remove Movants from this matter's service list.

Dated: May 10, 2024

Hon. Judge Edward J. Davila
United States District Court Judge