ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 5:20-cv-02182-EJD (VKD) |
|---|---|---|
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | LEAD PLAINTIFF'S REPLY IN SUPPORT OF UNOPPOSED MOTION FOR CLASS CERTIFICATION |
| VMWARE, INC., et al., | ) ) | |
| Defendants. | ) ) | |

4855-8583-4428.v1

Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund ("Plaintiff") respectfully submits this reply in support of its unopposed motion for (1) class certification pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); (2) the appointment of Plaintiff as Class Representative; and (3) the appointment of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Class Counsel pursuant to Fed. R. Civ. P. 23(g). *See* Lead Plaintiff's Notice of Motion and Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof (the "Motion"), ECF 132.

Plaintiff's Motion and accompanying declaration (ECF 132-1) establish that: (1) Plaintiff has readily satisfied the elements of Fed. R. Civ. P. 23(a) and 23(b)(3); (2) Plaintiff will fairly and adequately protect the interests of the Class as Class Representative; and (3) Robbins Geller fulfills the requirements of Fed. R. Civ. P. 23(g) for appointment as Class Counsel.  Accordingly, the following proposed Class is appropriate for certification:

> All persons who purchased the publicly traded Class A common stock of VMware during the period from August 24, 2018 through February 27, 2020, inclusive (the "Class Period"), and were damaged thereby.  Excluded from the Class are Individual Defendants and their immediate family members.

Defendant VMware, Inc. and Individual Defendants Patrick P. Gelsinger, and Zane Rowe do not oppose the Motion.  *See* ECF 154.  Accordingly, Plaintiff respectfully requests that the Court (1) certify this action as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3); (2) appoint Plaintiff as Class Representative; and (3) appoint Robbins Geller as Class Counsel.

DATED:  May 17, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
LAURIE L. LARGENT
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON

s/ Ashley M. Kelly
ASHLEY M. KELLY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LEAD PLAINTIFF'S REPLY IN SUPPORT OF UNOPPOSED MOTION FOR CLASS
CERTIFICATION - 5:20-cv-02182-EJD (VKD)
4855-8583-4428.v1

- 2 -