ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>VMWARE, INC., et al.,<br><br>                              Defendants. | Case No. 5:20-cv-02182-EJD (VKD)<br><br>CLASS ACTION<br><br>DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT VMWARE, INC. TO PRODUCE DOCUMENTS PREVIOUSLY WITHHELD AS PRIVILEGED AND/OR PROTECTED AND TO ADD CERTAIN INDIVIDUALS AS CUSTODIANS |

4886-2228-5216.v1

I, SCOTT H. SAHAM, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund ("Plaintiff") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of LAMARTINA-VMW00020371 - LAMARTINA-VMW00020373.

3.      Attached as Exhibit B is a true and correct copy of PWC_LAMARTINA_00020171 - PWC_LAMARTINA_00020175.

4.      Attached as Exhibit C is a true and correct copy of LAMARTINA-VMW00051705 - LAMARTINA-VMW00051708.

5.      Attached as Exhibit D is a true and correct copy of LAMARTINA-VMW00051709 - LAMARTINA-VMW00051712.

6.      Attached as Exhibit E is a true and correct copy of LAMARTINA-VMW00051713 - LAMARTINA-VMW00051717.

7.      Attached as Exhibit F is a true and correct copy of excerpts from VMware, Inc.'s Form 10-Q filed with the SEC on June 11, 2018.

8.      Attached as Exhibit G is a true and correct copy of LAMARTINA-VMW00000469 - LAMARTINA-VMW00000509.

9.      Attached as Exhibit H is a true and correct copy of LAMARTINA-VMW00501785 - LAMARTINA-VMW00501786.

10.      Attached as Exhibit I is a true and correct copy of LAMARTINA-VMW00020503 - LAMARTINA-VMW00020505.

11.      Attached as Exhibit J is a true and correct copy of LAMARTINA-VMW00000565 - LAMARTINA-VMW00000620.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 26, 2024, at San Diego, California.

s/ Scott H. Saham<br>
SCOTT H. SAHAM

DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT VMWARE, INC. TO PRODUCE DOCUMENTS PREVIOUSLY WITHHELD AS PRIVILEGED AND/OR PROTECTED AND TO ADD CERTAIN INDIVIDUALS AS CUSTODIANS-5:20-cv-02182-EJD (VKD)

4886-2228-5216.v1

- 2 -