# EXHIBIT A

| | |
|---|---|
| **From:** | Kevan Krysler |
| **To:** | Paula Delaney |
| **CC:** | Andrew Munk |
| **Sent:** | 5/31/2018 10:21:46 AM |
| **Subject:** | FW: For your review - Topic 606 Draft Disclosures VQRR |
| **Attachments:** | Backlog insert v5.docx |

Hi Paula, current draft of backlog disclosure attached.  Happy to discuss as well.

Thanks, Kevan

**Kevan Krysler, SVP Finance & Chief Accounting Officer,** 3401 Hillview Ave., Palo Alto, CA 94304, Work (650) 427 1668, Cell (650) 302 3806, e-mail: kkrysler@vmware.com


**From:** Kevan Krysler
**Sent:** Thursday, May 31, 2018 10:16 AM
**To:** Ka Yi Lau <kayil@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Andrew Munk <amunk@vmware.com>
**Subject:** RE: For your review - Topic 606 Draft Disclosures VQRR

Hi Ka Yi, please use the attached disclosure for the 10Q.

Thanks, Kevan


**Kevan Krysler, SVP Finance & Chief Accounting Officer,** 3401 Hillview Ave., Palo Alto, CA 94304, Work (650) 427 1668, Cell (650) 302 3806, e-mail: kkrysler@vmware.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
CONFIDENTIAL

VMW00496084
LAMARTINA-VMW00020371

VQRR

To include in MD&A

### *Remaining Performance Obligations and Backlog*

Remaining performance obligations represent the aggregate amount of the transaction price in contracts allocated to performance obligations not delivered, or partially undelivered, as of the end of the reporting period. Remaining performance obligations include unearned revenue, multi-year contracts with future installment payments and certain unfulfilled orders against accepted customer contracts included in backlog at the end of any given period.

As of May 4, 2018, the aggregate transaction price allocated to remaining performance obligations was $X million.  Approximately xx% is expected to be recognized as revenue over the remainder of the next 12 months and the remainder thereafter.

<u>Backlog</u>

Backlog is comprised of unfulfilled purchase orders or unfulfilled executed agreements received at the end of a given period and is net of related estimated rebates and marketing development funds.  As of May 4, 2018, our total backlog was approximately $XX million, generally consisting of licenses, maintenance and services. Our backlog related to licenses was approximately $XX million, which we generally expect to deliver and recognize as revenue during the following quarter. Backlog totaling $XX, as of May 4, 2018 is excluded from the remaining performance obligations because our acceptance of the underlying contracts does not occur until fulfillment of the performance obligation. As of February 2, 2018, our total backlog was approximately $285 million, generally consisting of licenses, maintenance and services. Our backlog related to licenses was approximately $99 million.

The level of backlog at the end of a given period depends on numerous factors, including the timing of delivery of license keys, which management may determine based on its discretion. Management prioritizes the fulfillment of certain transactions based on multiple considerations that may include the particular partner or customer, geography or product composition. The amount and composition of backlog will fluctuate period to period, including by product, partner, customer and geography. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

To include in Footnotes

### *Remaining Performance Obligations*

Remaining performance obligations represent the aggregate amount of the transaction price in contracts allocated to performance obligations not delivered, or partially undelivered, as of the end of the reporting period. Remaining performance obligations include unearned revenue, multi-year contracts with future installment payments and certain unfulfilled orders against accepted customer contracts at the end of any given period.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.                    VMW00496085
CONFIDENTIAL                                                                                LAMARTINA-VMW00020372

VQRR

As of May 4, 2018, the aggregate transaction price allocated to remaining performance obligations was $X million. Approximately xx% is expected to be recognized as revenue over the remainder of the next 12 months and the remainder thereafter.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.                    VMW00496086
CONFIDENTIAL                                                              LAMARTINA-VMW00020373