# EXHIBIT E

**From:**      Craig Norris
**To:**        Kevan Krysler
**CC:**        Amy Fliegelman Olli; Larry Wainblat; Zane Rowe
**Sent:**      6/5/2018 9:36:53 AM
**Subject:**   Re: Updated Disclosure

Kevan,

Thanks for the email. I think your draft below works for us, but I would like to flip the order of the two clauses so that it reads:

> The amount and composition of backlog will fluctuate period to period and backlog and is managed based upon multiple considerations, including product and geography, and will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Please let me know your thoughts.

Craig

---

**From:** Kevan Krysler <kkrysler@vmware.com>
**Date:** Tuesday, June 5, 2018 at 9:01 AM
**To:** Craig Norris <cnorris@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>, Larry Wainblat <lwainblat@vmware.com>, Zane Rowe <zane@vmware.com>
**Subject:** RE: Updated Disclosure

I completely appreciate and share the frustration. I continue to have patience in working constructively on language where mutual agreement can be achieved.

I have sensitivity to suggesting that backlog is linked to our business models. Business models in my mind do not contemplate fulfillment of license keys. I am also looking to be concise with the language.

Let me know your thoughts on the language below.


The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period and backlog and is managed based upon multiple considerations, including product and geography. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Kevan


**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 8:48 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495791
LAMARTINA-VMW00051713

Privileged and Confidential

Kevan,

I spoke with Amy.  We find this process incredibly frustrating. We tried hard to be constructive after last night's meeting and boiled down our ask to adding one sentence (even deleting half a sentence  in the process for a net add of three words).   We don't want to go back to square one and argue about retaining language that was acceptable to you last night in addition to arguing to include a watered down version of the disclosure you agreed to last week.

So, let's go back to Friday's language:

> The level of backlog at the end of a given period depends on numerous factors, and the amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

We propose the following changes:

> <u>Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.</u> The ~~level of backlog at the end of a given period depends on numerous factors, and the~~ amount and composition of backlog will fluctuate period to period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Amy will speak with Pat, Zane and Brownie, and management can decide which version to go with.

I would like to note that two-thirds of the language we added came from Dell's 10-K, which includes the following paragraph:

> We believe that product backlog is not a meaningful indicator of net revenue that can be expected for any period. **Our business model generally gives us flexibility to manage product backlog** at any point in time by expediting shipping or prioritizing customer orders toward products that have shorter lead times, thereby reducing product backlog and increasing current period revenue. Moreover, product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period, as unfilled orders can generally be canceled at any time by the customer. Product backlog at any point in time may not result in the generation of any predictable amount of net revenue in any subsequent period.

Regards,

Craig

---

**From:** Kevan Krysler <<u>kkrysler@vmware.com</u>>
**Date:** Tuesday, June 5, 2018 at 7:45 AM
**To:** Craig Norris <<u>cnorris@vmware.com</u>>
**Cc:** Amy Fliegelman Olli <<u>aolli@vmware.com</u>>, Larry Wainblat <<u>lwainblat@vmware.com</u>>, Zane Rowe <<u>zane@vmware.com</u>>
**Subject:** RE: Updated Disclosure

Thank you for checking with Amy.

I believe the sentences below accomplish the following:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.                    VMW00495792
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                LAMARTINA-VMW00051714

1.    Specifically highlighting that total backlog, backlog by geo and backlog by product will fluctuate period to period
2.    Total backlog, backlog by geo, and backlog by product are tied directly to fulfillment of the underlying PO or EA
3.    With the correlation comment I added "or mix" highlighted in yellow below.

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount or mix of backlog is indicative of future sales or revenue."

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:24 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

It seems to me like we're moving backwards.  You proposal removes the concept covered in the second clause of the previous last sentence ("We do not believe . . . that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.") that you previously agreed to and doesn't address the concept we were going for in our new sentence ("Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.").

I'll talk to Amy, and we'll get back to you.

Thanks,

Craig

On Jun 5, 2018, at 7:12 AM, Kevan Krysler <kkrysler@vmware.com> wrote:

Yes, that is correct Craig.  The revised language builds in the concept of product and geo mix in backlog and fluctuations in backlog and mix are tied directly to fulfillment.

**From:** Craig Norris
**Sent:** Tuesday, June 5, 2018 7:08 AM
**To:** Kevan Krysler <kkrysler@vmware.com>
**Cc:** Amy Fliegelman Olli <aolli@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Zane Rowe <zane@vmware.com>
**Subject:** Re: Updated Disclosure

Kevan,

I'm a bit confused as to which sentences this replaces. Are you proposing to replace the entire second paragraph (excerpted below) with the two sentences you drafted?

Our business model generally gives us flexibility to manage backlog based upon multiple criteria, including product and geography.  The amount and composition of backlog will fluctuate period to

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495793
LAMARTINA-VMW00051715

period. We do not believe the amount of backlog is indicative of future sales or revenue or that the mix of backlog at the end of any given period correlates with actual sales performance of a particular geography or particular products and services.

Thanks,

Craig

On Jun 4, 2018, at 11:26 PM, Kevan Krysler <kkrysler@vmware.com> wrote:

Thank you.

I would be willing to work the revised sentences below through the review process.  Let me know your thoughts when you have a chance.

Thanks, Kevan

"The total amount of backlog or backlog relating to a geography or product will fluctuate period to period based upon timing of when certain purchase orders or executed agreements are fulfilled. We do not believe the amount of backlog is indicative of future sales or revenue."

**From:** Amy Fliegelman Olli
**Sent:** Monday, June 4, 2018 7:31 PM
**To:** Zane Rowe <zane@vmware.com>; Kevan Krysler <kkrysler@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>
**Subject:** Updated Disclosure
**Importance:** High

Zane and Kevan:

Attached, please find a redlined of the current version of the Backlog disclosure. With a great deal of help from Craig and Larry we managed to get the additional disclosure to one sentence.

Appreciate your feedback.

Thanks,
Amy

**Amy Fliegelman Olli**
*Senior Vice President & General Counsel*
*VMware, Inc.*
aolli@vmware.com
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4101 Office
919.948.8994 Mobile

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

VMW00495794
LAMARTINA-VMW00051716

This email message is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.                    VMW00495795
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                               LAMARTINA-VMW00051717