# EXHIBIT H

| | |
|---|---|
| **From:** | Kevan Krysler |
| **To:** | Paula Delaney |
| **CC:** | Andrew Munk |
| **Sent:** | 5/31/2018 10:21:46 AM |
| **Subject:** | FW: For your review - Topic 606 Draft Disclosures VQRR |
| **Attachments:** | Backlog insert v5.docx |

Hi Paula, current draft of backlog disclosure attached.  Happy to discuss as well.

Thanks, Kevan

**Kevan Krysler, SVP Finance & Chief Accounting Officer,** 3401 Hillview Ave., Palo Alto, CA 94304, Work (650) 427 1668, Cell (650) 302 3806, e-mail: kkrysler@vmware.com

**From:** Kevan Krysler
**Sent:** Thursday, May 31, 2018 10:16 AM
**To:** Ka Yi Lau <kayil@vmware.com>
**Cc:** Craig Norris <cnorris@vmware.com>; Larry Wainblat <lwainblat@vmware.com>; Andrew Munk <amunk@vmware.com>
**Subject:** RE: For your review - Topic 606 Draft Disclosures VQRR

Hi Ka Yi, please use the attached disclosure for the 10Q.

Thanks, Kevan

**Kevan Krysler, SVP Finance & Chief Accounting Officer,** 3401 Hillview Ave., Palo Alto, CA 94304, Work (650) 427 1668, Cell (650) 302 3806, e-mail: kkrysler@vmware.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.
CONFIDENTIAL

VMW00493626
LAMARTINA-VMW00501785

Redacted for Privilege

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

CONFIDENTIAL

VMW00493627

LAMARTINA-VMW00501786