# EXHIBIT J

# Executive Trading Analysis

In the Matter of VMware, Inc. (HO-13879)

**Kara Brockmeyer**
**Andrew Ceresney**

**April 6, 2021**



**FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000565

# Types of Trades



**2**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Types of Trades

- RSU Grants

- PSUs – Shares Determined

- Automatic Vesting/Forfeiture of RSUs/PSUs

- ESPP Automatic Purchases

- 10b5-1 Sales

- Discretionary Trades

**Debevoise
&Plimpton**

**3**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000567

# Pre-clearance Process



**4**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000568

# VMware Pre-clears All Discretionary Trades

**Compliance Procedures**

To help ensure compliance with the Section 16 filing deadlines, the Ownership Guidelines and VMware's Insider Trading Policy, we have adopted the following procedures:

***Mandatory Pre-clearance Procedure.*** As a Section 16 Reporting Person, you, your trusts, your immediate family members and others in your household, are subject to VMware's pre-clearance procedures and may not engage in any transaction involving VMware or Dell Technologies securities (including sales, purchases, option exercises, pledges, gifts or other transfers) without first obtaining pre-clearance of the transaction from a member of VMware's Corporate Securities team. Additionally, if you are subject to the Ownership Guidelines, you may not engage in any transaction involving VMware securities without first obtaining such pre-clearance. A different procedure applies with respect to transactions in VMware securities pursuant to Rule 10b5-1 trading plans. Please refer to VMware's Rule 10b5-1 Plan Guidelines located on the Legal-Corporate Securities and Mergers & Acquisitions page on VMware Source or contact one of the individuals listed below for additional information.

A request for pre-clearance should be submitted at least two business days in advance of the proposed transaction.  Pre-clearance requests for complicated transactions may require additional time. Every effort will be made to clear the transaction as soon as possible, but under extraordinary circumstances more time may be needed in order to determine that the proposed transaction will comply with securities laws and that the appropriate filings can be made in a timely fashion. Pre-clearance is only available when you are not in possession of material, non-public information and you may only be pre-cleared to transact for a maximum of three trading days at a time.

VMW00419830

**Debevoise
&Plimpton**

**5**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    LAMARTINA-VMW00000569

## Pre-clearance Process



**Debevoise**
**&Plimpton**

**6**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                     LAMARTINA-VMW00000570

# Executive Trading Activity



**7**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000571

# Pat Gelsinger



**8**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    LAMARTINA-VMW00000572

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Pat Gelsinger's Trading

| Date | Shares | Event |
|---|---|---|
| 2/28/19 | 71 | ESPP – Automatic Purchase |
| 3/1/19 | 32,048 / 15,890 | RSU - Vest/Forfeiture |
| 3/1/19 | 21,086 | Stock Option – 10b5-1 Trading Plan |
| 3/4/19 | | Trading Window Open |
| 3/12/19 | 312,872 | PSU – Shares Determined |
| 3/31/19 | 312,872 / 155,124 | PSU – Vest/Forfeiture |
| 4/1/19 | 18,280 / 9,064 | RSU – Vest/Forfeiture |
| **4/3/19** | **2,150** | **Gift – Pre-cleared** |
| 4/18/19 | | Trading Window Closed |
| 4/25/19 | 41,339 | RSU – Grant |
| 5/1/19 | 7,409 / 3,674 | RSU – Vest/Forfeiture |
| 5/1/19 | 20,000 | Stock Option – 10b5-1 Trading Plan |
| 6/3/19 | | Trading Window Open |
| 6/26/19 | | Trading Restriction Imposed – Project Raven |
| 7/18/19 | | Trading Window Closed |
| 7/19/19 | 20,000 | Stock Option – 10b5-1 Trading Plan |
| 8/2/19 | | Trading Restriction Imposed – Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted – Project Raven/Calistoga |
| 8/26/19 | | Trading Window Open |
| 8/31/19 | 62 | ESPP – Automatic Purchase |
| 9/1/19 | 19,555 / 9,696 | RSU – Vest/Forfeiture |
| 10/1/19 | 9,140 / 4,532 | RSU – Vest/Forfeiture |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 7,409 / 3,674 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| 1/20/20 | | Trading Window Closed |

**Debevoise**
**&Plimpton**

9

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000573

# 4/3/19 Stock Gift: Pre-cleared

**From:** Larry Wainblat [mailto:lwainblat@vmware.com]
**Sent:** Tuesday, April 02, 2019 10:27 AM
**To:** Turner, Ryan R (Wealth Management Field)
**Subject:** Re: Gelsinger Gifting

Hi Ryan,

Pat is pre-cleared to gift up to $400,000 of shares during the three trading days starting tomorrow and running through Friday. If you think you can get the gift done today and would like to start the three-day period sooner, please let me know and I can adjust it.

Once the transfer is completed, please let me know and also cc section16@vmware.com.

Thanks,
Larry


**Debevoise**
**&Plimpton**

VMW00495363    **10**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000574

# 4/3/19 Stock Gift Confirmed by Morgan Stanley

From: "Turner, Ryan R" <Ryan2.Turner@morganstanley.com>
Date: Wednesday, April 3, 2019 at 11:24 AM
To: Larry Wainblat <lwainblat@vmware.com>
Cc: Pat Gelsinger <pgelsinger@vmware.com>, "'section16@vmware. com'" <Section16@vmware.com>
Subject: RE: Gelsinger Gifting

Confirmed, the gift has been processed.

Ryan

**Ryan Turner, CFA**

Financial Advisor

Senior Vice President

Portfolio Management Director
Senior Investment Management Consultant

**Sports and Entertainment Team**

https://fa.morganstanley.com/themptgroup/index.htm

**Morgan Stanley Wealth Management**
14850 North Scottsdale Rd, 6th Floor
Scottsdale, AZ  85254
https://www.morganstanleyclientserv.com
480-345-4742
800-347-5107 / Fax-480-345-4777

NMLS #1279048

CA Insurance License #0D13489



**11**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.    VMW00495363

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    LAMARTINA-VMW00000575

# Form 4 Sent to Disclosure Committee

**To:**       Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
**Cc:**       Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
**From:**     Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
**Sent:**     Thur 4/4/2019 7:46:26 AM (UTC-07:00)
**Subject:**  Form 4 filing
Gelsinger[7].pdf

Disclosure Committee Members:

We will be making the following SEC filing today after market close:

Form 4
  • **Gift of Shares – Pat Gelsinger**

**Triggering Events:**
  • Yesterday, Pat gifted shares of VMW.

**Requirement:**
**Gift reporting:** Due within 45 days after end of fiscal year in which gift is made.  However, VMware's practice has been to voluntarily file shortly after the gift transaction.

**Filing Date:** We will file later today after market close.

Please let me know if you have any questions.

Regards,
Larry

**Debevoise
&Plimpton**

VMW00494766    **12**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          LAMARTINA-VMW00000576

# Zane Rowe



**13**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000577

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Zane Rowe's Trading

| Date | Shares | Event |
|---|---|---|
| 3/1/19 | 11,282 / 4,773 | RSU – Vest/Forfeiture |
| 3/4/19 | | Trading Window Open |
| 3/12/19 | 180,502 | PSU – Shares Determined |
| 3/31/19 | 180,502 / 89,495 | PSU – Vest/Forfeiture |
| 4/1/19 | 8,530 / 4,230 | RSU – Vest/Forfeiture |
| **4/2/19** | **18,000** | **PSU – Pre-cleared** |
| 4/2/19 | 5,928 | RSU – 10b5-1 Trading Plan |
| 4/2/19 | 24,702 | PSU – 10b5-1 Trading Plan |
| 4/18/19 | | Trading Window Closed |
| 4/25/19 | 44,292 | RSU – Grant |
| 5/1/19 | 4,939 / 2,449 | RSU – Vest/Forfeiture |
| 6/3/19 | | Trading Window Open |
| 6/13/19 | 22,579 | PSU – 10b5-1 Trading Plan |
| 6/26/19 | | Trading Restriction Imposed – Project Raven |
| 7/18/19 | | Trading Window Closed |
| 8/2/19 | | Trading Restriction Imposed – Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted – Project Raven/Calistoga |
| 8/26/19 | | Trading Window Open |
| 9/1/19 | 11,281 / 5,594 | RSU – Vest/Forfeiture |
| 9/5/19 | 20,000 | PSU – 10b5-1 Trading Plan |
| 10/1/19 | 4,265 / 2,115 | RSU – Vest/Forfeiture |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 4,939 / 2,449 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| 12/6/19 | 6,509 | RSU – 10b5-1 Trading Plan |
| 1/20/20 | | Trading Window Closed |

Debevoise
&Plimpton

14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 4/2/19 PSU Sale: Pre-cleared

> **To:** ETrade Executive Services[executiveservices@etrade.com]
> **Cc:** Zane Rowe[zane@vmware.com]
> **From:** Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
> **Sent:** Mon 4/1/2019 3:03:12 PM (UTC-07:00)
> **Subject:** VMware - Preclearance of Section 16 officer
>
> To ETrade Executive Services:
>
> Zane Rowe is precleared to sell up to 18,000 shares during the 3 trading days starting tomorrow, April 2, and running through Thursday, April 4.
>
> Please note that these shares are **in addition to his 10b5-1 plan sales** also scheduled for tomorrow.
>
> Zane will contact you directly with his trading instructions.
>
> Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.
>
> Thanks,
> Larry
>
> Larry Wainblat
> VMware, Inc., Assoc. GC, Sr. Director
> tel: (650) 427-2854



VMW00495205    **15**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000579

# 4/2/19 PSU Sale Confirmed by ETrade

To:        section16@vmware.com[section16@vmware.com]
Cc:        zane@vmware.com[zane@vmware.com]; Executive Services Mailbox[execsrvcs@etrade.com]
From:      Hostetter, Gretchen[gretchen.hostetter@etrade.com]
Sent:      Tue 4/2/2019 1:15:41 PM (UTC-07:00)
Subject:   RE: E*TRADE Securities - Trade Notification for ZANE ROWE (VMW)
VMW - ZANE ROWE - TRADE BREAKDOWN.xlsx
ATPFile_CE6EEE48-3663-4393-AEBB-9A55F7C1723F.token

Hello,

As per the request of ZANE ROWE the following transaction(s) took place today:

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Sell | VM087727 | Performance Shares | 18,000 |

A Form 144 has been filed with the SEC and the applicable exchange.

## Gretchen Hostetter

Senior Manager, Private Client Relationship Management
E*TRADE Securities LLC
E*TRADE Capital Management, LLC
4500 Bohannon Drive
Menlo Park, CA 94025
650-388-9232
Fax 1(678)624-8363

**Debevoise**
**&Plimpton**

VMW00495546   **16**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000580

# Form 4 Sent to Disclosure Committee

To:        Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayi@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan
Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew
Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
Cc:        Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
From:      Larry Wainblat[/O=VMWARE/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD49F8434AB7F66C669FDAB135]
Sent:      Tue 4/2/2019 1:55:42 PM (UTC-07:00)
Subject:   Form 4 filings
Rowe[3].pdf
Gelsinger[3].pdf
AFOI[4].pdf
Carli[3].pdf
Poonen[2].pdf
Raghuram[2].pdf
Ramaswami[1].pdf
Gelsinger[4].pdf

Disclosure Committee Members:

We will be making the following SEC filings later this afternoon:

Form 4s

- Forfeiture of Shares for Tax Withholdings Upon Vest of 2016 PSU Plan Shares – Maurizio Carli, Pat Gelsinger, Sanjay Poonen,
Raghu Raghuram, Zane Rowe
- Forfeiture of Shares for Tax Withholdings Upon Vest of RSUs – Maurizio Carli, Pat Gelsinger, Amy Olli, Sanjay Poonen, Raghu
Raghuram, Rajiv Ramaswami, Zane Rowe
- Share Sales per 10b5-1 plan – Raghu Raghuram, Rajiv Ramaswami, Zane Rowe
- Sale of Shares – Zane Rowe

**Triggering Events:**
- On Sunday, 2016 PS

- Yesterday, the Secti
- Yesterday, Raghu so
- Today, Rajiv and Za

**Requirement:**
Form 4s: Due within 2 trading

Filing Date: We will file later t

Note:  We are still incorpora

Please let me know if you hav

Regards,
Larry

---

Disclosure Committee Members:

We will be making the following SEC filings later this afternoon:

Form 4s

- Forfeiture of Shares for Tax Withholdings Upon Vest of 2016 PSU Plan Shares – Maurizio Carli, Pat Gelsinger, Sanjay Poonen, Raghu Raghuram, Zane Rowe
- Forfeiture of Shares for Tax Withholdings Upon Vest of RSUs – Maurizio Carli, Pat Gelsinger, Amy Olli, Sanjay Poonen, Raghu Raghuram, Rajiv Ramaswami, Zane Rowe
- Share Sales per 10b5-1 plan – Raghu Raghuram, Rajiv Ramaswami, Zane Rowe
- Sale of Shares – Zane Rowe

**Debevoise**
**&Plimpton**

17

VMW00494803

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                LAMARTINA-VMW00000581

# Maurizio Carli



**18**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                            LAMARTINA-VMW00000582

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Maurizio Carli's Trading

| Date | Shares | Event |
|---|---|---|
| 2/28/19 | 71 | ESPP – Automatic Purchase |
| 3/1/19 | 9,025 / 3,650 | RSU – Vest/Forfeiture |
| 3/4/19 | | Trading Window Open |
| 3/12/19 | 71 | ESPP – Pre-cleared |
| 3/12/19 | 5,375 | RSU – Pre-cleared |
| 3/12/19 | 48,134 | PSU – Shares Determined |
| 3/31/19 | 48,134 / 23,866 | PSU – Vest/Forfeiture |
| 4/1/19 | 6,702 / 3,323 | RSU – Vest/Forfeiture |
| 4/2/19 | 3,379 | RSU – Pre-cleared |
| 4/2/19 | 24,268 | PSU – Pre-cleared |
| 4/18/19 | | Trading Window Closed |
| 4/25/19 | 16,240 | RSU – Grant |
| 5/1/19 | 8,579 / 4,264 | RSU – Vest/Forfeiture |
| 6/3/19 | | Trading Window Open |
| 6/26/19 | | Trading Restriction Imposed - Project Raven |
| 6/26/19 | 16,283 | Stock Option – Pre-clearance Denied |
| 6/26/19 | 4,315 | RSU – Pre-clearance Denied |
| 7/18/19 | | Trading Window Closed |
| 8/2/19 | | Trading Restriction Imposed – Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted - Project Raven/Calistoga |
| 8/26/19 | | Trading Window Open |
| 8/31/19 | 62 | ESPP – Automatic Purchase |
| 9/1/19 | 9,025 / 4,475 | RSU – Vest/Forfeiture |
| 10/1/19 | 3,351 / 1,662 | RSU – Vest/Forfeiture |
| 10/11/19 | 62 | ESPP – Pre-cleared |
| 10/11/19 | 10,554 | RSU – Pre-cleared |
| 10/11/19 | 16,283 | Stock Option – Pre-cleared |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 4,116 / 2,041 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| 12/12/19 | 2,075 | RSU – Pre-cleared |
| 1/20/20 | | Trading Window Closed |

Debevoise
&Plimpton

19

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000583

# March 12, 2019 - ESPP Sale, RSU Sale



**20**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000584

# 3/12/19 ESPP and RSU Sale: Pre-cleared

**To:**  executiveservices@etrade.com[executiveservices@etrade.com]
**Cc:**  corpsec[corpsec@vmware.com]; Maurizio Carli[mcarli@vmware.com]
**From:**  Craig Norris[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=A4881DF1E01B4FD38BBEF51125E0EBB1]
**Sent:**  Mon 3/11/2019 9:32:13 AM (UTC-07:00)
**Subject:**  VMware--Preclearance of Section 16 officer

To ETrade Executive Services:

Maurizio Carli is precleared to sell up to 5,446 shares of VMW stock during the three trading days commencing Monday, March 11 and running through Wednesday, March 13.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,

Craig

_____
**Craig Norris**
*Vice President, Deputy General Counsel,*
*Corporate Securities and M&A*
cnorris@vmware.com
VMware, Inc.
3401 Hillview Avenue, Palo Alto, CA 94304
650.427.4090 Office
650.619.1666 Mobile

**Debevoise**
**&Plimpton**

VMW00495626    **21**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                LAMARTINA-VMW00000585

# 3/12/19 ESPP and RSU Sale Confirmed by ETrade

| To: | 'section16@vmware.com'[section16@vmware.com] |
| Cc: | 'mcarli@vmware.com'[mcarli@vmware.com]; Executive Services Mailbox[execsrvcs@etrade.com] |
| From: | Sommerdyke, Theresa (Terry)[Terry.Sommerdyke@etrade.com] |
| Sent: | Tue 3/12/2019 11:04:10 AM (UTC-07:00) |
| Subject: | E*TRADE Securities - Trade Notification for MAURIZIO CARLI (VMW) |

Hello,

As per the request of **MAURIZIO CARLI** the following transaction(s) took place today:

**Trade 1**

| Trade Type | Purchase Date | Security Type | Shares Sold |
|---|---|---|---|
| Sell | 02/28/2019 | ESPP | 71 |

A Form 144 has been filed with the SEC and the applicable exchange.

**Execution:**    $174.487900

All shares sold at an Exact price. A breakdown is not applicable.

**Trade 2**

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Sell | VM077227 | Restricted Stock | 5,375 |

A Form 144 has been filed with the SEC and the applicable exchange.

**Execution:**    $174.248200

All shares sold at an Exact price. A breakdown is not applicable.

**Debevoise**
**&Plimpton**

VMW00495581    **22**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                LAMARTINA-VMW00000586

# Form 4 Sent to Disclosure Committee

To:      Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
Cc:      Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
From:    Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C889FDAB135]
Sent:    Wed 3/13/2019 10:16:44 AM (UTC-07:00)
Subject: Re: Form 4 filings
Gelsinger 4[1].pdf
Rowe 4[1].pdf
Carli 4[1].pdf
Raghuram 4[1].pdf
Poonen 4[1].pdf

Disclosure Committee Members:

We will be making the following SEC filings later this afternoon:

Form 4s
- CCGC Certification of the Number of Performance Shares Issuable Upon Vest of 2016 PSU Plan – Maurizio Carli, Pat Gelsinger, Sanjay Poonen, Raghu Raghuram, Zane Rowe
- Option Exercise and Share Sale (10b5-1 plan) – Raghu Raghuram
- Sale of Shares – Maurizio Carli

Triggering Events:
- On Monday, Raghu exercised stock options and sold shares pursuant to ... 1 plan.

- Yesterday, the CCGC certified to performance under the 2016 PSU plan and the num... issuable upon conversion of the PSUs to shares for the section 16 officers listed above
- Yesterday, Maurizio sold shares.

Requirement:
Form 4s: Due within 2 trading days follow...

Filing Date: We will file later today.

Note: The PSUs will vest on March 31. Section 16 officers listed above.

Please let me know if you have any quest...

Regards,
Larry

---

Disclosure Committee Members:

We will be making the following SEC filings later this afternoon:

Form 4s
- CCGC Certification of the Number of Performance Shares Issuable Upon Vest of 2016 PSU Plan – Maurizio Carli, Pat Gelsinger, Sanjay Poonen, Raghu Raghuram, Zane Rowe
- Option Exercise and Share Sale (10b5-1 plan) – Raghu Raghuram
- Sale of Shares – Maurizio Carli



VMW00494772    **23**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# April 2, 2019 - RSU Sale, PSU Sale



**24**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000588

# 4/2/19 RSU and PSU Sale: Pre-cleared

To:        ETrade  Executive Services[executiveservices@etrade.com]
Cc:        Maurizio Carli[mcarli@vmware.com]
From:      Larry Wainblat[/O=VMWARE/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
Sent:      Mon 4/1/2019 1:26:13 PM (UTC-07:00)
Subject:   VMware - Preclearance of Section 16 officer

To ETrade Executive Services:

Maurizio Carli is precleared to sell the following during the 3 tradings days starting tomorrow, April 2, and running through Thursday, April 4.

Grant VM087730: 9460 shares
Grant VM098668: 6861 shares
Grant VM077441: 7947 shares
Grant VM098677:  Net shares from vest
Maurizio will contact you directly with his trading instructions.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,
Larry

Larry Wainblat
VMware, Inc., Assoc. GC, Sr. Director
tel: (650) 427-2854



Debevoise
&Plimpton

VMW00495297   **25**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000589

# 4/2/19 RSU and PSU Sale Confirmed by ETrade

From: Hostetter, Gretchen <gretchen.hostetter@etrade.com>
Sent: Tuesday, April 2, 2019 5:06 PM
To: Section16 <Section16@vmware.com>
Cc: Maurizio Carli <mcarli@vmware.com>; Executive Services Mailbox <execsrvcs@etrade.com>
Subject: E*TRADE Securities - Trade Notification for MAURIZIO CARLI (VMW)

Hello,

As per the request of MAURIZIO CARLI the following transaction(s) took place today:

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Sell | VM098677 | Restricted Stock | 3,379 |
| Sell | VM098668 | Performance Shares | 6,861 |
| Sell | VM077441 | Performance Shares | 7,947 |
| Sell | VM087730 | Performance Shares | 9,460 |

A Form 144 has been filed with the SEC and the applicable exchange.

Execution:    $183.107398

All shares sold at an Average price (see breakdown below/attached).

**Gretchen Hostetter**
Senior Manager, Private Client Relationship Management
E*TRADE Securities LLC

**Debevoise
&Plimpton**

VMW00495576    **26**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000590

# Form 4 Sent to Disclosure Committee

To:        Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan
Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew
Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
Cc:        Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
From:      Larry Wainblat[/O=VMWARE/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
Sent:      Tue 4/2/2019 1:55:42 PM (UTC-07:00)
Subject:   Form 4 filings
Rowe[3].pdf
Gelsinger[3].pdf
AFO[4].pdf
Carli[3].pdf
Poonen[2].pdf
Raghuram[2].pdf
Ramaswami[1].pdf
Gelsinger[4].pdf

Disclosure Committee Members:

We will be making the following SEC filings later this afternoon:

**Form 4s**
  • **Forfeiture of Shares for Tax Withholdings Upon Vest of 2016 PSU Plan Shares – Maurizio Carli,** Pat Gelsinger, Sanjay Poonen,
  **Raghu Raghuram, Zane Rowe**
  • **Forfeiture of Shares for Tax Withholdings Upon Vest of RSUs – Maurizio Carli,** Pat Gelsinger, Amy Olli, Sanjay Poonen, Raghu
  **Raghuram, Rajiv Ramaswami, Zane Rowe**
  • **Share Sales per 10b5-1 plan – Raghu Raghuram, Rajiv Ra___wami, Zane Rowe**
  • **Sale of Shares – Zane Rowe**

**Triggering Events:**
  • On Sunday, 2016 PSU plan shares vested

  • Yesterday, the Section 16 officers listed
  • Yesterday, Raghu sold shares pursuant
  • Today, Rajiv and Zane sold shares pursu

**Requirement:**
**Form 4s:** Due within 2 trading days following a rep

**Filing Date:** We will file later today.

Note:  We are still incorporating information on

Please let me know if you have any questions.

Regards,
Larry

---

Disclosure Committee Members:

We will be making the following SEC filings later this afternoon:

**Form 4s**
  • **Forfeiture of Shares for Tax Withholdings Upon Vest of 2016 PSU Plan Shares – Maurizio Carli,** Pat Gelsinger, Sanjay Poonen,
  **Raghu Raghuram, Zane Rowe**
  • **Forfeiture of Shares for Tax Withholdings Upon Vest of RSUs – Maurizio Carli,** Pat Gelsinger, Amy Olli, Sanjay Poonen, Raghu
  **Raghuram, Rajiv Ramaswami, Zane Rowe**
  • **Share Sales per 10b5-1 plan – Raghu Raghuram, Rajiv Ramaswami, Zane Rowe**
  • **Sale of Shares – Zane Rowe**

**Debevoise
&Plimpton**

VMW00494803    **27**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Form 4 as filed included Discretionary Sales



Debebevoise
&Plimpton

**28**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# 6/26/19 Pre-clearance Request Denied

| Date | Shares | Event |
|---|---|---|
| 2/28/19 | 71 | ESPP – Automatic Purchase |
| 3/1/19 | 9,025 / 3,650 | RSU – Vest/Forfeiture |
| 3/4/19 | | Trading Window Open |
| **3/12/19** | **71** | **ESPP – Pre-cleared** |
| **3/12/19** | **5,375** | **RSU – Pre-cleared** |
| 3/12/19 | 48,134 | PSU – Shares Determined |
| 3/31/19 | 48,134 / 23,866 | PSU – Vest/Forfeiture |
| 4/1/19 | 6,702 / 3,323 | RSU – Vest/Forfeiture |
| **4/2/19** | **3,379** | **RSU – Pre-cleared** |
| **4/2/19** | **24,268** | **PSU – Pre-cleared** |
| 4/18/19 | | Trading Window Closed |
| 4/25/19 | 16,240 | RSU – Grant |
| 5/1/19 | 8,579 / 4,264 | RSU – Vest/Forfeiture |
| 6/3/19 | | Trading Window Open |
| 6/26/19 | | Trading Restriction Imposed - Project Raven |
| **6/26/19** | **16,283** | **Stock Option – Pre-clearance Denied** |
| **6/26/19** | **4,315** | **RSU – Pre-clearance Denied** |
| 7/18/19 | | Trading Window Closed |
| 8/2/19 | | Trading Restriction Imposed – Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted - Project Raven/Calistoga |
| 8/26/19 | | Trading Window Open |
| 8/31/19 | 62 | ESPP – Automatic Purchase |
| 9/1/19 | 9,025 / 4,475 | RSU – Vest/Forfeiture |
| 10/1/19 | 3,351 / 1,662 | RSU – Vest/Forfeiture |
| **10/11/19** | **62** | **ESPP – Pre-cleared** |
| **10/11/19** | **10,554** | **RSU – Pre-cleared** |
| **10/11/19** | **16,283** | **Stock Option – Pre-cleared** |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 4,116 / 2,041 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| **12/12/19** | **2,075** | **RSU – Pre-cleared** |
| 1/20/20 | | Trading Window Closed |

Debevoise
&Plimpton

29

# October 11, 2019 - ESPP Sale, RSU Sale, Option Exercise

**Debevoise**
**&Plimpton**

**30**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    LAMARTINA-VMW00000594

# 10/11/19 ESPP/RSU Sale and Option Exercise: Pre-cleared

**From:** Larry Wainblat <lwainblat@vmware.com>
**Date:** Friday, October 11, 2019 at 10:06 AM
**To:** ETrade Executive Services <executiveservices@etrade.com>
**Cc:** Maurizio Carli <mcarli@vmware.com>, Section16 <Section16@vmware.com>
**Subject:** Re: VMware - Preclearance of Section 16 officer - Sanjay Poonen

To ETrade Executive Services:

Maurizio Carli is precleared to sell the following during the 3 trading days starting today, October 11, and running through Tuesday, October 15.

ESPP
Grant date 03/01/2019: 62 shares

RSU
Grant VM088148 granted 12/28/2018: 2075 shares
Grant VM061202 granted 12/28/2018: 2240 shares
Grant VM077227 granted 12/28/2018: 4550 shares
Grant VM098677 granted 12/28/2018: 1689 shares

S.O.
Grant VM057401 granted 12/28/2018: 16283 shares

Maurizio will contact you directly with his trading instructions.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,
Larry

Larry Wainblat
VMware, Inc., Assoc. GC, Sr. Director
tel: (650) 427-2854



VMW00495134    **31**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000595

## 10/11/19 ESPP/RSU Sale and Option Exercise Confirmed by ETrade



**Trade 1**

| Trade Type | Purchase Date | Security Type | Shares Sold |
|---|---|---|---|
| Sell | 8/31/19 | ESPP | 62 |

**Trade 2**

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Sell | VM061202 | Restricted Stock | 2,240 |
| Sell | VM098677 | Restricted Stock | 1,689 |
| Sell | VM077227 | Restricted Stock | 4,550 |
| Sell | VM088178 | Restricted Stock | 2,075 |

**Trade 3**

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Same Day Sale | VM057481 | Stock Options | 16,283 |

**Debevoise &Plimpton**

VMW00495695    **32**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000596

# Form 4 Sent to Disclosure Committee

**To:**        Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
**Cc:**        Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
**From:**      Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
**Sent:**      Tue 10/15/2019 6:11:06 AM (UTC-07:00)
**Subject:**   Form 4 filing
Carli form 4[2].pdf

Disclosure Committee Members:

We will be making the following SEC filing today after market close:

**Form 4s**
- Option Exercise and Stock Sales – Maurizio Carli

**Triggering Events:**
- On Friday, Maurizio exercised a stock option and sold VMware stock.

**Requirement:**
**Form 4s:** Due within 2 trading days following a reportable transaction.

**Filing Date:** We will file later today.

Please let me know if you have any questions.

Regards,
Larry



FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

VMW00494825    **33**

# December 12, 2019 - RSU Sale



**34**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      LAMARTINA-VMW00000598

# 12/12/19 RSU Sale: Pre-cleared

To:        ETrade  Executive Services[executiveservices@etrade.com]
Cc:        Maurizio Carli[mcarli@vmware.com]; Section16[Section16@vmware.com]
Bcc:       Craig Norris[cnorris@vmware.com]
From:      section16-bounces@vmware.com[section16-bounces@vmware.com]
Sent:      Wed 12/11/2019 9:37:23 AM (UTC-08:00)
Subject:   [Section16] VMware - Preclearance of Section 16 officer - Maurizo    /Carli
ATT00001.txt

To ETrade Executive Services:

Maurizio Carli is precleared to sell the following during the 3 trading days starting today, December 11, and running through Friday, December 13.

2075 RSU (grant VM088148 dated 12/28/2018)

Maurizio will contact you directly with his trading instructions.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,
Larry

Larry Wainblat
VMware, Inc., Assoc. GC, Sr. Director
tel: (650) 427-2854

You're receiving this message because you're a member of the Section16 group from VMware, Inc.. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

**Debevoise**
**&Plimpton**

VMW00495566    **35**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000599

# 12/12/19 RSU Sale Confirmed by ETrade

To:        'section16@vmware.com'[section16@vmware.com]
Cc:        'mcarli@vmware.com'[mcarli@vmware.com]; Executive Services Mailbox[execsrvcs@etrade.com]
Bcc:       Craig Norris[cnorris@vmware.com]
From:      section16-bounces@vmware.com[section16-bounces@vmware.com]
Sent:      Thur 12/12/2019 3:30:22 PM (UTC-08:00)
Subject:   [Section16] E*TRADE Securities - Trade Notification for MAURIZIO    CARLI (VMW)
ATT00001.txt

Hello,

As per the request of MAURIZIO CARLI the following transaction took place
today:

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Sell | VM088148 | Restricted Stock | 2,075 |

A Form 144 has been filed with the SEC and the applicable exchange.

Execution:                          $154.197600

All shares sold at an Exact price. A breakdown is not applicable.

Michael Hollen
Executive Private Client Relationship Manager
E*TRADE Securities LLC
Sandy, Utah
Phone: 1-650-388-9232
Fax: 1-866-650-0003

**Debevoise**
**&Plimpton**

VMW00495630        **36**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000600

# Form 4 Sent to Disclosure Committee

**To:**     Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
**Cc:**     Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
**From:**   Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
**Sent:**   Mon 12/16/2019 8:20:00 AM (UTC-08:00)
**Subject:** Form 4 filing
Carli form 4 revised[2].pdf

Disclosure Committee Members:

We plan to make the following SEC filing today after market close:

**Form 4s**
- Share Sales– Maurizio Carli

**Triggering Events**: .
- On Thursday, Maurizio sold vested shares.

**Requirement:**
**Form 4s**: Due within 2 trading days following a reportable transaction.

Please let me know if you have any questions.

Regards,
Larry

**Debevoise &Plimpton**

VMW00495718    **37**
FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000601

# Sanjay Poonen



**38**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                    LAMARTINA-VMW00000602

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Sanjay Poonen's Trading

| Date | Shares | Event |
|---|---|---|
| 2/28/19 | 71 | ESPP – Automatic Purchase |
| 3/1/19 | 21,291 / 9,739 | RSU – Vest/Forfeiture |
| 3/4/19 | | Trading Window Open |
| 3/12/19 | 96,268 | PSU – Shares Determined |
| **3/18/19** | **25,000** | **RSU/PSU – Pre-cleared** |
| **3/18/19** | **25,000** | **Stock Option – Pre-cleared** |
| 3/31/19 | 96,268 / 47,731 | PSU – Vest/Forfeiture |
| 4/1/19 | 6,093 / 3,021 | RSU – Vest/Forfeiture |
| **4/15/19** | **30,000** | **Stock Option Sale - Pre-cleared** |
| 4/18/19 | | Trading Window Closed |
| 4/25/19 | 20,669 | RSU – Grant |
| 5/1/19 | 4,939 / 2,449 | RSU – Vest/Forfeiture |
| 6/3/19 | | Trading Window Open |
| 6/26/19 | | Trading Restriction Imposed - Project Raven |
| 7/18/19 | | Trading Window Closed |
| 8/2/19 | | Trading Restriction Imposed - Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted - Project Raven/Calistoga |
| 8/26/19 | | Trading Window Open |
| 8/31/19 | 62 | ESPP – Automatic Purchase |
| 9/1/19 | 18,050 / 8,950 | RSU – Vest/Forfeiture |
| 10/1/19 | 3,047 / 1,511 | RSU – Vest/Forfeiture |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 53,952 / 26,750 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| **12/14/19** | **20,000** | **Stock Option – Pre-clearance Denied** |
| 1/20/20 | | Trading Window Closed |

Debevoise
&Plimpton

39

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000603

# March 18, 2019 - RSU Sale, Option Exercise



**40**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000604

## 3/18/19 RSU Sale and Option Exercise: Pre-cleared

From: Larry Wainblat <lwainblat@vmware.com>
Sent: Monday, March 18, 2019 8:13 AM
To: ETrade Executive Services <executiveservices@etrade.com>
Cc: Sanjay Poonen <spoonen@vmware.com>; Section16 <Section16@vmware.com>
Subject: VMware - Preclearance of Section 16 officer - Sanjay Poonen

To ETrade Executive Services:

Sanjay Poonen is precleared to sell the following during the 3 trading days starting today, March 18, and running through Wednesday, March 21.

Whole shares:  25,000
Stock Options: exercise and sell an additional 25,000 shares

Sanjay will contact you directly with his trading instructions.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,
Larry

Larry Wainblat
VMware, Inc., Assoc. GC, Sr. Director
tel: (650) 427-2854

**Debevoise**
**&Plimpton**

VMW00495370    **41**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000605

# 3/18/19 RSU Sale and Option Exercise Confirmed by ETrade



Debevoise
&Plimpton

VMW00495201    **42**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000606

# Form 4 Sent to Disclosure Committee

**To:**     Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
**Cc:**     Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
**From:**     Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
**Sent:**     Tue 3/19/2019 8:04:47 PM (UTC-07:00)
**Subject:**     Form 4 filing
31819__POONEN_2019319_131614[2].pdf

Disclosure Committee Members:

We will be making the following SEC filing tomorrow afternoon:

Form 4
  • <mark>Option Exercise and Sale of Shares – Sanjay</mark>


**Triggering Events:**
  • Yesterday, Sanjay exercised a stock option sold shares.


**Requirement:**
**Form 4s:** Due within 2 trading days following a reportable transaction.

**Filing Date:** We will file tomorrow after market close.

Please let me know if you have any questions.

Regards,
Larry

**Debevoise**
**&Plimpton**

VMW00494762     **43**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# April 15, 2019 - Option Exercise and Sale



**44**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000608

# 4/15/19 Option Exercise and Sale: Pre-cleared

**To:**     ETrade  Executive Services[executiveservices@etrade.com]
**Cc:**     Sanjay Poonen[spoonen@vmware.com]
**From:**     Larry Wainblat[/O=VMWARE/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
**Sent:**     Fri 4/12/2019 12:24:12 PM (UTC-07:00)
**Subject:**     VMware - Preclearance of Section 16 officer

To ETrade Executive Services:

Sanjay Poonen is precleared the following during the 3 trading days starting Monday, April 15, and running through Wednesday, April 17 to exercise and sell up to 30,000 stock options.

Sanjay will contact you directly with trading instructions.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,
Larry

Larry Wainblat
VMware, Inc., Assoc. GC, Sr. Director
tel: (650) 427-2854

**Debevoise**
**&Plimpton**

VMW00495252    **45**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    LAMARTINA-VMW00000609

# 4/15/19 Option Exercise and Sale Confirmed by ETrade

To:         section16@vmware.com[section16@vmware.com]
Cc:         spoonen@vmware.com[spoonen@vmware.com]; Executive Services Mailbox[execsrvcs@etrade.com]
Bcc:        Craig Norris[cnorris@vmware.com]
From:       section16-bounces@vmware.com[section16-bounces@vmware.com]
Sent:       Mon 4/15/2019 1:20:17 PM (UTC-07:00)
Subject:    [Section16] E*TRADE Securities - Trade Notification for SANJAY        POONEN (VMW)
Trade Breakdown - Sanjay Poonen 4.15.19.xlsx
ATT00001.txt

Hello,

As per the request of SANJAY POONEN the following transaction(s) took place today:

| Trade Type | Grant Number | Security Type | Shares Sold |
|---|---|---|---|
| Same Day Sale | VM047765 | Stock Options | 30,000 |

A Form 144 has been filed with the SEC and the applicable exchange.

Execution:    $191.972461

All shares sold at an Average price (see breakdown attached).

*Gretchen Hostetter*

Senior Manager, Private Client Relationship Management
E*TRADE Securities LLC
E*TRADE Capital Management, LLC
4500 Bohannon Drive
Menlo Park, CA 94025
650-388-9232
Fax 1(678)624-8363



46

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.        VMW00495533

# Form 4 Sent to Disclosure Committee

> **To:** Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
> **Cc:** Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
> **From:** Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
> **Sent:** Tue 4/16/2019 1:58:31 PM (UTC-07:00)
> **Subject:** Form 4 filing
> Poonen 4[2].pdf
>
> Disclosure Committee Members:
>
> We will be making the following SEC filing tomorrow afternoon:
>
> **Form 4**
> - **Option Exercise and Sale of Shares – Sanjay**
>
> **Triggering Events:**
> - Yesterday, Sanjay exercised a stock option sold shares.
>
> **Requirement:**
> **Form 4s:** Due within 2 trading days following a reportable transaction.
>
> **Filing Date:** We will file tomorrow after market close.
>
> Please let me know if you have any questions.
>
> Regards,
> Larry

**Debevoise & Plimpton**

VMW00494972    **47**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# 12/14/19 Pre-clearance Request Denied

| Date | Shares | Event |
|---|---|---|
| 2/28/19 | 71 | ESPP – Automatic Purchase |
| 3/1/19 | 21,291 / 9,739 | RSU – Vest/Forfeiture |
| 3/4/19 | | Trading Window Open |
| 3/12/19 | 96,268 | PSU – Shares Determined |
| **3/18/19** | **25,000** | **RSU/PSU – Pre-cleared** |
| **3/18/19** | **25,000** | **Stock Option – Pre-cleared** |
| 3/31/19 | 96,268 / 47,731 | PSU – Vest/Forfeiture |
| 4/1/19 | 6,093 / 3,021 | RSU – Vest/Forfeiture |
| **4/15/19** | **30,000** | **Stock Option Sale - Pre-cleared** |
| 4/18/19 | | Trading Window Closed |
| 4/25/19 | 20,669 | RSU – Grant |
| 5/1/19 | 4,939 / 2,449 | RSU – Vest/Forfeiture |
| 6/3/19 | | Trading Window Open |
| 6/26/19 | | Trading Restriction Imposed - Project Raven |
| 7/18/19 | | Trading Window Closed |
| 8/2/19 | | Trading Restriction Imposed - Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted - Project Raven/Calistoga |
| 8/26/19 | | Trading Window Open |
| 8/31/19 | 62 | ESPP – Automatic Purchase |
| 9/1/19 | 18,050 / 8,950 | RSU – Vest/Forfeiture |
| 10/1/19 | 3,047 / 1,511 | RSU – Vest/Forfeiture |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 53,952 / 26,750 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| **12/14/19** | **20,000** | **Stock Option – Pre-clearance Denied** |
| 1/20/20 | | Trading Window Closed |

**Debevoise &Plimpton**

**48**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000612

# Kevan Krysler



**49**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Kevan Krysler's Trading

| Date | Shares | Event |
|---|---|---|
| 2/28/19 | 71 | ESPP – Automatic Purchase |
| 3/4/19 | | Trading Window Open |
| 4/3/19 | 71 | ESPP – 10b5-1 Trading Plan |
| 4/3/19 | 8,478 | RSU – 10b5-1 Trading Plan |
| **4/4/19** | **2,826** | **RSU – Pre-cleared** |
| **4/4/19** | **547** | **Stock Option – Pre-cleared** |
| **4/4/19** | **71** | **ESPP – Pre-cleared** |
| 4/18/19 | | Trading Window Closed |
| 5/1/19 | 3,877 / 1,764 | RSU – Vest/Forfeiture |
| 6/1/19 | 2,845 / 1,411 | RSU – Vest/Forfeiture |
| 6/3/19 | | Trading Window Open |
| 6/11/19 | 2,661 | RSU – 10b5-1 Trading Plan |
| 6/14/19 | 5,155 | RSU – Grant |
| 6/26/19 | | Trading Restriction Imposed - Project Raven |
| 7/1/19 | 4,078 / 2,022 | RSU – Vest/Forfeiture |
| 7/18/19 | | Trading Window Closed |
| 8/2/19 | | Trading Restriction Imposed - Project Calistoga |
| 8/25/19 | | Trading Restriction Lifted - Project Raven/Calistoga |


**Debevoise**
**&Plimpton**

**50**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# Kevan Krysler's Trading (continued)

| Date | Shares | Event |
|------|--------|-------|
| 8/26/19 | | Trading Window Open |
| 8/31/19 | 62 | ESPP – Automatic Purchase |
| 9/10/19 | 47 | ESPP – 10b5-1 Trading Plan |
| 9/10/19 | 1,542 | RSU – 10b5-1 Trading Plan |
| 10/17/19 | | Trading Window Closed |
| 11/1/19 | 2,478 / 1,229 | RSU – Vest/Forfeiture |
| 11/29/19 | | Trading Window Open |
| 12/1/19 | 1,423 / 706 | RSU – Vest/Forfeiture |
| 12/6/19 | | Employment termination date |
| 12/10/19 | 1,475 | RSU – 10b5-1 Trading Plan (Post-employment) |
| 1/16/20 | 1,891 | Discretionary Sale  (Post-employment) |
| 1/16/20 | 15 | Discretionary Sale  (Post-employment) |
| 1/20/20 | | Trading Window Closed |


Debevoise
&Plimpton

51

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000615

# 4/4/19 ESPP and RSU Sale and Option Exercise: Pre-cleared

To:         ETrade  Executive Services[executiveservices@etrade.com]
Cc:         Kevan Krysler[kkrysler@vmware.com]
From:       Larry Wainblat[/O=VMWARE/OU=EXTERNAL
(FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
Sent:       Wed 4/3/2019 1:54:24 PM (UTC-07:00)
Subject:    VMware - Preclearance of Section 16 officer

To ETrade Executive Services:

P. Kevan Krysler is precleared the following during the 3 trading days starting tomorrow, April 3, and running through Friday, April 5.

RSU's       2,850
ESPP          71
OPTION       600

Kevan will contact you directly with trading instructions.

Please send details of his trades on a same day basis to section16@vmware.com to enable timely Form 4 filings.

Thanks,
Larry

Larry Wainblat
VMware, Inc., Assoc. GC, Sr. Director
tel: (650) 427-2854



**VMW00495060**    **52**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

# 4/4/19 ESPP and RSU Sale and Option Exercise Confirmed by ETrade



Debevoise
&Plimpton

VMW00494694    **53**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    LAMARTINA-VMW00000617

# Form 4 Sent to Disclosure Committee

**To:** Craig Norris[cnorris@vmware.com]; Ka Yi Lau[kayil@vmware.com]; Paul Ziots[pziots@vmware.com]; Joan Stone[joanstone@vmware.com]; Kevan Krysler[kkrysler@vmware.com]; Gus Shea[gshea@vmware.com]; Andrew Munk[amunk@vmware.com]; Matt Olson[molson@vmware.com]; Brooks Beard[bbeard@vmware.com]
**Cc:** Betsy Sutter[betsy@vmware.com]; Zane Rowe[zane@vmware.com]; Amy Fliegelman Olli[aolli@vmware.com]
**From:** Larry Wainblat[/O=VMWARE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=077337DD4BF8434AB7F66C669FDAB135]
**Sent:** Fri 4/5/2019 12:41:03 PM (UTC-07:00)
**Subject:** Form 4 filing
4319_10B51_TR_201945_95121[2][2].pdf

Disclosure Committee Members:

We will be making the following SEC filing today after market close:

Form 4
- **Option Exercise and Sale of Shares – Kevan Krysler**

**Triggering Events:**
- On Wednesday, Kevan sold shares pursuant to a 10b5-1 trading plan.
- Yesterday, Kevan exercised and sold option shares and sold additional shares.

**Requirement:**
**Reportable Transaction:** Due within 2 trading days following the transaction.
**Filing Date:** We will file later today after market close.

Please let me know if you have any questions.

Regards,
Larry

**Debevoise
&Plimpton**

**54**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.    VMW00495056

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    LAMARTINA-VMW00000618

# Conclusion



**55**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY VMWARE, INC.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                             LAMARTINA-VMW00000619

Notes Summary:

No speaker notes are contained in this presentation.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

LAMARTINA-VMW00000620