ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
LAURA ANDRACCHIO (187773)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
landracchio@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 5:20-cv-02182-EJD (VKD) |
|---|---|---|
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) ) | [PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION SEEKING CLARIFICATION OF |
| VMWARE, INC., et al., | ) ) ) | DISCOVERY ORDER RE: COUNSEL'S PRE-CLEARANCE OF INDIVIDUAL |
| Defendants. | ) ) | DEFENDANTS' INSIDER TRADES |

4880-8510-9964.v1

Before the Court is Plaintiff's Administrative Motion Seeking Clarification of Discovery Order Re: Counsels' Pre-Clearance of Individual Defendants' Insider Trades ("Motion"). The Court, having considered the Motion and supporting declaration, clarifies its holding that subject matter waiver of attorney-client privilege extends to Class Period insider transactions, including those trades made pursuant to a Rule 10b5-1 trading plan, such that information and documents concerning counsel's consideration of whether Individual Defendants possessed material nonpublic information when entering into Rule 10b5-1 trading plans, and counsel's pre-clearance of the insider trades at issue in this case, including those that were made pursuant to those trading plans, is discoverable.

Accordingly, Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION SEEKING CLARIFICATION OF DISCOVERY ORDER RE: COUNSELS' PRE-CLEARANCE OF INDIVIDUAL DEFENDANTS' INSIDER TRADES - 5:20-cv-02182-EJD (VKD)
4880-8510-9964.v1

- 1 -