ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
LAURA ANDRACCHIO (187773)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
landracchio@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, <br><br>                          Plaintiff, <br><br>     vs. <br><br> VMWARE, INC., et al., <br><br>                          Defendants. | Case No. 5:20-cv-02182-EJD (VKD) <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION SEEKING CLARIFICATION OF DISCOVERY ORDER RE: COUNSELS' PRE-CLEARANCE OF INDIVIDUAL DEFENDANTS' INSIDER TRADES |

4873-4514-2988.v1

I, Scott H. Saham, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Plaintiff's Administrative Motion Seeking Clarification of Discovery Order Re: Counsels' Pre-Clearance of Individual Defendants' Insider Trades.

3. A stipulation under Civil Local Rule 7-12 could not be obtained because Defendants declined to stipulate to the relief requested in Plaintiff's administrative motion.

4. Attached as Exhibit A is an excerpt from Defendants' Responses and Objections to Plaintiff's Third Set of Interrogatories, specifically Defendants' Response to Interrogatory No. 5, dated June 24, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 1st day of July, 2024, in the State of California.

DATED:  July 1,  2024

_____
s/ Scott H. Saham
SCOTT H. SAHAM

DECLARATION OF SCOTT H. SAHAM IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION SEEKING CLARIFICATION OF DISCOVERY ORDER RE: COUNSELS' PRE-CLEARANCE OF INDIVIDUAL DEFENDANTS' INSIDER TRADES - 5:20-cv-02182-EJD (VKD)
4873-4514-2988.v1

- 1 -