ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
LAURIE L. LARGENT (153493)
LAURA ANDRACCHIO (187773)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
landracchio@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>VMWARE, INC., et al.,<br><br>                              Defendants. | Case No. 5:20-cv-02182-EJD (VKD)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |

4868-8719-9181.v1

Before the Court is Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge ("Motion") concerning Magistrate DeMarchi's June 17, 2024 Order Re Plaintiff's Motion to Compel Production of Documents Withheld as Privileged, and Motion to Seal (ECF 165). Having considered the Motion, the Court ORDERS as follows:

1.    Within 14 days, Defendants are to produce documents regarding the same subject matter to which privilege has been waived, including, but not limited, to the 52 withheld communications concerning the backlog disclosure identified in the privilege log excerpt (ECF 105, Ex. 2), as well as any additional documents or interview memoranda concerning VMware's backlog disclosure.

IT IS SO ORDERED.

DATED:  _____    _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE - 5:20-cv-02182-EJD (VKD)
4868-8719-9181.v1

- 1 -