UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, | ) ) | Case No. 5:20-cv-02182-EJD |
|---|---|---|
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | JOINT STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES |
| VMWARE, INC., et al., | ) ) | |
| Defendants. | ) ) ) | *AS MODIFIED* |

WHEREAS, counsel for Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund ("Lead Plaintiff") and counsel for Defendants VMware LLC, Patrick P. Gelsinger, and Zane Rowe (together, "Defendants") (collectively, the "Parties") in the above-captioned action respectfully submit this Joint Stipulation and Proposed Order Staying All Case Deadlines;

WHEREAS, the Parties are currently engaged in a good-faith attempt to reach a settlement and have scheduled a second mediation session with Former U.S. District Judge Layn Phillips for July 19, 2024; and

WHEREAS, the Parties agree that a brief stay of all deadlines in this case would substantially increase the likelihood of a settlement and that, in the absence of such a stay, the prospects of a settlement may be significantly diminished;

NOW THEREFORE, the Court hereby orders as follows:

1.    All deadlines in the above-captioned matter, including but not limited to all deadlines in the operative case management order and all deadlines with respect to any pending motions, are hereby extended by, and stayed for, a period of 30 days from July 3, 2024 ("Stay");

2.    Absent further action of the Court, the Stay shall be lifted automatically on August 2, 2024.

DATED:  July 3, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
LAURIE L. LARGENT
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON


_____
            */s/ Scott H. Saham*
            SCOTT H. SAHAM

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES - 5:20-cv-02182-EJD

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  July 3, 2024          DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR (*pro hac vice*)
ELLIOT GREENFIELD (*pro hac vice*)
MATTHEW J. SORENSEN (*pro hac vice*)


                    */s/ Maeve L. O'Connor*
                    MAEVE L. O'CONNOR

66 Hudson Boulevard
New York, New York  10001
Telephone:  212-909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
mjsorensen@debevoise.com

JOSH ALAN COHEN (SBN 217853)
650 California Street, 31st Floor
San Francisco, California 94108
Telephone:  415-738-5700
jacohen@debevoise.com

Attorneys for Defendants


*       *       *

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES - 5:20-cv-02182-EJD

- 2 -

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified above.

DATED:  July 5, 2024

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES - 5:20-cv-02182-EJD

- 3 -