UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

VMWARE, INC., et al.,

Defendants.

Case No. 5:20-cv-02182-EJD

CLASS ACTION

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES

WHEREAS, on July 5, 2024, the Court entered an order staying all deadlines in this case (the "Stay") pending the Parties' second mediation session with Former U.S. District Judge Layn Phillips ("Stay Order");

WHEREAS, on July 19, 2024, the Parties participated in the second mediation session;

WHEREAS, the Parties have reached an agreement in principle to settle the above-captioned case;

WHEREAS, the Stay Order provided that the Stay shall be automatically lifted on August 2, 2024;

WHEREAS, the Parties agree that an extension of the Stay is required to allow them to negotiate the terms of a written settlement agreement;

NOW THEREFORE, the Court hereby orders as follows:

1.  The Stay of all deadlines in the above-captioned matter, including but not limited to all deadlines in the operative case management order and all deadlines with respect to any pending motions, is hereby extended for a period of 15 additional days;

2.  Absent further action of the Court, the Stay shall be lifted automatically on August 18, 2024.

DATED:  August 1, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
SPENCER A. BURKHOLZ
LAURIE L. LARGENT
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON


_/s/ Scott H. Saham_
SCOTT H. SAHAM

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES - 5:20-cv-02182-EJD

- 1 -

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  August 1, 2024

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR (*pro hac vice*)
ELLIOT GREENFIELD (*pro hac vice*)
MATTHEW J. SORENSEN (*pro hac vice*)


*/s/ Maeve L. O'Connor*
MAEVE L. O'CONNOR

66 Hudson Boulevard
New York, New York  10001
Telephone:  212-909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
mjsorensen@debevoise.com

JOSH ALAN COHEN (SBN 217853)
650 California Street, 31st Floor
San Francisco, California 94108
Telephone:  415-738-5700
jacohen@debevoise.com

Attorneys for Defendants


\*       \*       \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 2, 2024

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, MAEVE L. O'CONNOR, am the ECF User whose ID and Password are being used to file this:

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES

In compliance with Local Rule 5-1(h), I hereby attest that Counsel for Plaintiff Scott H. Saham has concurred in this filing.

Executed on August 1, 2024.

/s/ *Maeve L. O'Connor*
MAEVE L. O'CONNOR

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES - 5:20-cv-02182-EJD