UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VMWARE, INC., et al.,<br><br>Defendants. | Case No. 5:20-cv-02182-EJD<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING STAY OF ALL CASE DEADLINES |

WHEREAS, on July 5, 2024, the Court entered an order staying all deadlines in this case (the "Stay") pending the Parties' second mediation session with Former U.S. District Judge Layn Phillips;

WHEREAS, on July 19, 2024, the Parties participated in the second mediation session;

WHEREAS, the Parties have reached an agreement in principle to settle the above-captioned case;

WHEREAS, on August 2, 2024, the Court entered an order extending the Stay to allow the Parties to negotiate the terms of a written settlement agreement ("Stay Extension Order");

WHEREAS, the Stay Extension Order provided that the Stay shall be automatically lifted on August 18, 2024;

WHEREAS, the Parties agree that a further extension of the Stay is required to allow them to continue to negotiate the terms of a written settlement agreement;

NOW THEREFORE, the Court hereby orders as follows:

1.  The Stay of all deadlines in the above-captioned matter, including but not limited to all deadlines in the operative case management order and all deadlines with respect to any pending motions, is hereby extended for a period of 15 additional days;

2.  Absent further action of the Court, the Stay shall be lifted automatically on September 3, 2024.

DATED:  August 16, 2024          ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                     SPENCER A. BURKHOLZ
                                     LAURIE L. LARGENT
                                     SCOTT H. SAHAM
                                     ASHLEY M. KELLY
                                     TING H. LIU
                                     STEPHEN JOHNSON

*/s/ Scott H. Saham*
SCOTT H. SAHAM

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES - 5:20-cv-02182-EJD

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  August 16, 2024

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR (*pro hac vice*)
ELLIOT GREENFIELD (*pro hac vice*)
MATTHEW J. SORENSEN (*pro hac vice*)

            */s/ Maeve L. O'Connor*
            MAEVE L. O'CONNOR

66 Hudson Boulevard
New York, New York  10001
Telephone:  212-909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
mjsorensen@debevoise.com

JOSH ALAN COHEN (SBN 217853)
650 California Street, 31st Floor
San Francisco, California 94108
Telephone:  415-738-5700
jacohen@debevoise.com

Attorneys for Defendants

*        *        *

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES
- 5:20-cv-02182-EJD

- 2 -

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 20, 2024    _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES
- 5:20-cv-02182-EJD                                                                                     - 3 -

**ECF ATTESTATION**

I, MAEVE L. O'CONNOR, am the ECF User whose ID and Password are being used to file this:

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES

In compliance with Local Rule 5-1(h), I hereby attest that Counsel for Plaintiff Scott H. Saham has concurred in this filing.

Executed on August 16, 2024.

/s/ Maeve L. O'Connor
MAEVE L. O'CONNOR

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF ALL CASE DEADLINES
- 5:20-cv-02182-EJD