UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:20-cv-02182-EJD |
| Plaintiff, | CLASS ACTION |
| vs. | JOINT STATUS REPORT AND NOTICE OF SETTLEMENT IN PRINCIPLE |
| VMWARE, INC., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that the parties to the above-captioned action hereby jointly report to the Court that they have reached a settlement in principle of all claims alleged the operative Third Amended Consolidated Amended Complaint for Violations of the Federal Securities Laws.  The parties have executed a written memorandum of understanding providing for the filing of a stipulation of settlement and motion for preliminary approval within 45 days of the filing of this Joint Status Report.  Accordingly, the parties respectfully request the Court to stay all other deadlines in this case.

DATED:  September 4, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
LAURIE L. LARGENT
SCOTT H. SAHAM
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON


                              /s/ Scott H. Saham
                         SCOTT H. SAHAM


655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  September 4, 2024

DEBEVOISE & PLIMPTON LLP
MAEVE L. O'CONNOR (*pro hac vice*)
ELLIOT GREENFIELD (*pro hac vice*)
MATTHEW J. SORENSEN (*pro hac vice*)


_____*/s/ Maeve L. O'Connor*_____
MAEVE L. O'CONNOR

66 Hudson Boulevard
New York, New York  10001
Telephone:  212-909-6000
mloconnor@debevoise.com
egreenfield@debevoise.com
mjsorensen@debevoise.com

JOSH ALAN COHEN (SBN 217853)
650 California Street, 31st Floor
San Francisco, California 94108
Telephone:  415-738-5700
jacohen@debevoise.com

Attorneys for Defendants

**ECF ATTESTATION**

I, MAEVE L. O'CONNOR, am the ECF User whose ID and Password are being used to file this:

JOINT STATUS REPORT AND NOTICE OF SETTLEMENT IN PRINCIPLE

In compliance with Local Rule 5-1(h), I hereby attest that Counsel for Plaintiff Scott H. Saham has concurred in this filing.

Executed on September 4, 2024.

/s/ Maeve L. O'Connor
MAEVE L. O'CONNOR
