UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LAMARTINA,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., et al.,<br><br>Defendants. | Case No. 5:20-cv-02182-EJD<br><br>**ORDER TERMINATING MOTIONS**<br><br>Re: Dkt. Nos. 169, 170 |

The Court is in receipt of Plaintiffs' motion for relief from the Magistrate Judge's discovery order, ECF No. 170, and administrative motion seeking clarification of the Magistrate Judge's discovery order, ECF No. 169.  Pursuant to the parties' preliminarily approved class action settlement, ECF No. 188, the Court **TERMINATES** Plaintiffs' motions as moot.  Plaintiffs may re-notice their motions if it becomes necessary at a later time.

**IT IS SO ORDERED.**

Dated: January 3, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-02182-EJD
ORDER TERMINATING MOTIONS

1