ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
SPENCER A. BURKHOLZ (147029)
THEODORE J. PINTAR (131372)
LAURIE L. LARGENT (153493)
LAURA ANDRACCHIO (187773)
SCOTT H. SAHAM (188355)
ASHLEY M. KELLY (281597)
TING H. LIU (307747)
STEPHEN JOHNSON (347822)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tedp@rgrdlaw.com
llargent@rgrdlaw.com
landracchio@rgrdlaw.com
scotts@rgrdlaw.com
ashleyk@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>VMWARE, INC., et al.,<br><br>                 Defendants. | Case No. 5:20-cv-02182-EJD (VKD)<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING CONTINUED NOTICE DISSEMINATION, CLAIMS RECEIVED, AND REQUESTS FOR EXCLUSION RECEIVED<br><br>DATE:      March 31, 2025<br>TIME:       9:00 a.m.<br>JUDGE:    Honorable Edward J. Davila<br>CTRM:     4, 5th Floor |

I, ROSS D. MURRAY, declare and state as follows:

1. I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to this Court's November 26, 2024 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 188), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").[1] I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2. I submit this declaration as a supplement to my previously filed declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (ECF 193-2) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other Gilardi employees, and, if called as a witness, I could and would testify competently thereto.

### CONTINUED DISSEMINATION OF NOTICE

3. As more fully detailed in the Initial Mailing Declaration, as of February 20, 2025, Gilardi had mailed or emailed a total of 137,925 Postcard Notices and 49 copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package") to potential Class Members and their nominees. In addition, one institution reported that they anticipated sending Postcard Notices via email to 65,801 potential Class Members. *See* Initial Mailing Declaration, ¶13.

4. Since February 20, 2025, Gilardi has mailed or emailed an additional 191 Postcard Notices and two Claim Packages in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated October 4, 2024 (the "Stipulation") (ECF 181-2), which is available on the website established for the Settlement at www.VMwareSecuritiesLitigation.com.

- 1 -

identified and re-mailed to those new addresses.[2]  Therefore, as of March 21, 2025, Gilardi has mailed or emailed a total of 138,116 Postcard Notices and 51 Claim Packages to potential Class Members and nominees.  Additionally, Gilardi received a message from one institution noting that they anticipated sending Postcard Notices via email to 65,801 potential Class Members.

### CLAIMS RECEIVED

5.      Pursuant to the Notice Order, the Notice informed potential Class Members that all Claim Forms must be received or submitted online no later than March 17, 2025.  As of the date of this declaration, Gilardi has received 184,909 Claim Forms.

### UPDATE ON CALL CENTER SERVICES AND WEBSITE

6.      Gilardi continues to maintain the toll-free telephone number (1-888-298-5840) to accommodate inquiries about the Settlement from potential Class Members.  Gilardi also monitors the case-dedicated e-mail address, info@VMwareSecuritiesLitigation.com.  Gilardi endeavors to respond timely to each telephone and e-mail inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number and case dedicated e-mail address until the conclusion of the administration.

7.      Gilardi also continues to maintain the website dedicated to the Settlement, www.VMwareSecuritiesLitigation.com (the "Settlement Website"), to assist potential Class Members.  Following Lead Counsel's filing of its briefing in support of the Settlement on February 24, 2025, Gilardi posted to the Settlement Website copies of the papers in support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Class Representative Pursuant to 15 U.S.C §78u-4(a)(4).  Gilardi will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of this Settlement.

---

[2] To date, of the 138,116 mailed Postcard Notices, 1,395 were undeliverable.  Updated addresses were located, and an additional 247 Postcard Notices were mailed.

- 2 -

**REQUESTS FOR EXCLUSION RECEIVED**

8.     Pursuant to the Notice Order, the Notice informed potential Class Members that written requests for exclusion from the Class were to be mailed to *VMware Securities Litigation*, c/o Gilardi & Co. LLC, Claims Administrator, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are received no later than March 10, 2025.  At the time of the Initial Mailing Declaration, Gilardi reported that it had received one request for exclusion.  *See* Initial Mailing Declaration, ¶18 and Ex. E thereto.

9.     Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has not received any further requests for exclusion.

10.    The Notice requests that objections must be filed with the Court such that they are filed or received on or before March 10, 2025.  While Gilardi was not listed as a recipient of objections, Gilardi has not received any misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of March, 2025, at San Rafael, California.

_____
ROSS D. MURRAY

- 3 -