United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LAMARTINA,

Plaintiff,

v.

VMWARE, INC., et al.,

Defendants.

Case No.5:20-cv-02182-EJD

**JUDGMENT**

On March 31, 2025, the Court issued its Order Granting Motion for Final Settlement Approval and Order Granting Motion for Attorneys' Fees.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____

EDWARD J. DAVILA
United States District Judge