ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
THEODORE J. PINTAR (131372)
LAURA ANDRACCHIO (187773)
SCOTT H. SAHAM (188355)
TING H. LIU (307747)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tedp@rgrdlaw.com
landracchio@rgrdlaw.com
scotts@rgrdlaw.com
tliu@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAMARTINA, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:20-cv-02182-EJD (VKD) |
| Plaintiff, | CLASS ACTION |
| vs. | PLAINTIFFS' RESPONSE TO THE COURT'S ORDER REGARDING INTERIM POST-DISTRIBUTION ACCOUNTING FORMS |
| VMWARE, INC., et al., | |
| Defendants. | |

4919-6164-0098.v1

Plaintiffs respectfully submit the following in response to the Court's Order Regarding Interim Post-Distribution Accounting Forms ("Order").

The Court's Order seeks an explanation for the discrepancy between the amount distributed to class members, set forth in the January 12, 2026 Interim Post-Distribution Accounting (ECF 199-1, line 19), of $72,776,846.44, and the amount set forth in the April 10, 2026 Updated Interim Post-Distribution Accounting (ECF 201-1, line 19), of $71,852,243.67. Line 19 seeks the "Amount of settlement funds distributed to class members" (*i.e.*, the amount that actually ends up in the pockets of class members after they cash their distribution checks). This is distinct from the amount "claimed by class members" (line 18), the aggregate amount claimed and represented by the checks mailed to class members.

The first reporting on January 12, 2026, shortly after the initial distribution was completed, was created using only the figures immediately available at distribution (well before the check stale date). As a result, the form could not and did not account for any actual cashed, uncashed, or returned funds.

The figure provided in January was the total of ***all*** payments calculated ($75,826,590.00), less the aggregate amount of the 24 held back distribution checks, not released at that time ($3,049,743.56), resulting in the amount of $72,776,846.44 (*i.e.*, the total of all checks released).

In the April 10, 2026 updated report, we were able to account for uncashed checks, and we deducted those amounts from the total amount of all checks released. Here is the relevant language:

17.    Total value of checks not cashed: ...............................................$3,969,340.90

18.    Amount of settlement funds claimed by class members:...........$75,826,590.00

19.    Amount of settlement funds distributed to class members:.......$71,852,243.67

The amounts in 17 and 19 are new. If you deduct 17 from 18 (and also deduct $5,005.43 in returned funds), you get the amount in 19, which is the amount actually distributed to class members as reflected by all ***cashed*** checks.

PLAINTIFFS' RESPONSE TO COURT'S ORDER REGARDING INTERIM POST-DISTRIBUTION ACCOUNTING FORMS- 5:20-cv-02182-EJD (VKD)
4919-6164-0098.v1

- 1 -

Plaintiffs' counsel are available to discuss this and any other questions the Court may have regarding their Updated Interim Post-Distribution Accounting Form.

DATED:  April 21, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
SPENCER A. BURKHOLZ
THEODORE J. PINTAR
LAURA ANDRACCHIO
SCOTT H. SAHAM
TING H. LIU

s/Theodore J. Pintar

THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tedp@rgrdlaw.com
landracchio@rgrdlaw.com
scotts@rgrdlaw.com
tliu@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

PLAINTIFFS' RESPONSE TO COURT'S ORDER REGARDING INTERIM POST-DISTRIBUTION ACCOUNTING FORMS- 5:20-cv-02182-EJD (VKD)
4919-6164-0098.v1

- 2 -